UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE                    :
COMMISSION,                                :          13 Civ. 1735 (GBD)
                                           :
                              Plaintiff,   :
                                           :
            -against-                      :
                                           :
CARRILLO HUETTEL LLP, et al.,              :
                                           :
                              Defendants.  :
-------------------------------------------------------------x

### DECLARATION OF WILLIAM B. FLEMING
### IN SUPPORT OF DEFENDANT HUETTEL'S MOTION TO DISMISS

I, William B. Fleming, declare under penalties of perjury as follows:

1.      I am a member of the law firm Gage Spencer & Fleming LLP, counsel to defendant Wade D. Huettel ("Huettel"), and a member of the bar of this Court. I submit this declaration in support of Huettel's motion to dismiss the Complaint in the above-captioned action.

2.      Annexed hereto as Exhibit A is a true and correct copy of an opinion letter issued by Carrillo Huettel LLP to Scottsdale Capital Advisors dated November 23, 2009 referenced in the Complaint. See Complaint, ¶ 130.

3.      Annexed hereto as Exhibit B is a true and correct copy of an opinion letter issued by Carrillo Huettel LLP to the Depository Trust Company dated March 2, 2010 referenced in the Complaint. See Complaint, ¶ 131.

4.      Annexed hereto as Exhibit C is a true and correct copy of an opinion letter issued by Carrillo Huettel LLP to Scottsdale Capital Advisors dated April 21, 2010 referenced in the

Complaint.  See Complaint, ¶ 132.

I declare the foregoing under penalty of perjury under the laws of the United States and the State of New York.

Dated: New York, New York
      June 17, 2013

---

William B. Fleming