# EXHIBIT A



**CARRILLO | HUETTEL LLP**
ATTORNEYS AT LAW

November 23, 2009

Scottsdale Capital Advisors
2782 Gateway Road
Carlsbad, CA 92009

    Re:     Pacific Blue Energy Corp.
                (f.k.a. Descanso Agency, Inc.)

Dear Sir or Madam:

    We understand that Irish Delta Inc. has delivered 1,830,000 shares of common stock in the following denominations to Scottsdale Capital Advisors, as negotiable and free trading shares:

1. Certificate Number 1044 Number of Shares 1,830,000
   (Certificate indicates pre-split number of 457,500)

    As a condition of accepting these shares for deposit to the account of Irish Delta Inc. at your clearing firm you have requested this opinion letter indicating the authenticity of the certificates referenced above. Accordingly, the undersigned, as counsel to Pacific Blue Energy Corp., confirms that the shares are fully registered, unrestricted, without encumbrance, negotiable, free trading, and are issued as fully paid and non-assessable shares. There is no action, proceeding or investigation pending or threatened, which questions the validity of the issuance of the shares to Irish Delta Inc.

    Based on the information reviewed by the undersigned, and to the best of our knowledge, there are no claims pending that would adversely affect the settlement of the transaction. We further acknowledge that we are not aware of any other agreement or understanding that would preclude Irish Delta Inc. from selling or otherwise disposing of shares represented above.

    Further, we have confirmed with the transfer agent that there are no "stop transfer" orders or other restrictions against the certificates referenced above.

    Lastly, this shall serve as confirmation that Pacific Blue Energy Corp. has one officer, Joel Franklin, and two directors, Joel Franklin and Luniel de Beer.

    The opinion expressed above is subject to the following assumptions, exceptions and qualifications:

(a) We have assumed that (i) all information in all documents reviewed by us is true and correct, (ii) all signatures on all documents reviewed by us are genuine, (iii) all documents submitted to us as originals are true and complete, (iv) all documents submitted to us as copies are true and complete copies of the originals thereof and (v) each natural person signing any document reviewed by us had the legal capacity to do so.

(b) We have made no independent investigation as to the accuracy or completeness of any representations and/or factual matters contained in the records, documents and certificates that we have reviewed in connection with the foregoing opinion.

(c) We are admitted to practice law in the States of California, New Jersey and New York. The opinion expressed above is limited to the federal laws of the United States of America.

(d) We are permitted to practice before the Securities and Exchange Commission and have not been prohibited from practice thereunder.

## CARRILLO | HUETTEL LLP

We express no opinion as to any matter other than as expressly set forth above, and no opinion on any other matter may be inferred or implied from this opinion. The opinions expressed herein are given as of the date of this opinion, and we disclaim any obligation to advise you of any change in any matter set forth herein.

Very truly yours,
CARRILLO HUETTEL, LLP

Luis Carrillo, Esq.
LC:abm