UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,  :  No. 13-CV-01735 (GBD)

                    Plaintiff,  :

                                   :  **DECLARATION OF**
      -against-                               :  **JONATHAN S. KONOVITCH**

CARRILLO HUETTEL LLP, LUIS J. CARRILLO,  :
WADE D. HUETTEL, GIBRALTAR GLOBAL
SECURITIES, WARREN DAVIS, JOHN B. KIRK,  :
BENJAMIN T. KIRK, DYLAN L. BOYLE, JAMES K.
HINTON JR., LUNIEL DE BEER, JOEL P. FRANKLIN,  :
PACIFIC BLUE ENERGY CORPORATION,
TRADESHOW MARKETING COMPANY LTD.,  :
and DR. LUIS CARRILLO,
                                         :

                    Defendants.  :

      -and-                               :

DR. LUIS CARRILLO,  :

                Relief Defendant.  :
-------------------------------------------------------------------- X

## DECLARATION OF JONATHAN S. KONOVITCH
## IN SUPPORT OF DEFENDANT CARRILLO'S MOTION TO DISMISS

I, Jonathan S. Konovitch, declare under penalties of perjury as follows:

    1.    I am associated with the law office of Peckar & Abramson, P.C., counsel to defendant, Luis J. Carrillo ("Carrillo"), and a member of the bar of this Court. I submit this declaration in support of Carrillo's motion to dismiss the complaint in the captioned action.

    2.    Annexed hereto as Exhibit A is a true and correct copy of the Complaint, which is dated March 15, 2013.

3. Annexed hereto as Exhibit B is a true and correct copy of an opinion letter dated November 23, 2009, which was issued by Carrillo Huettel LLP to Scottsdale Capital Advisors. *See*, Complaint ¶130.

4. Annexed hereto as Exhibit C is a true and correct copy of an opinion letter dated March 2, 2010, which was issued by Carrillo Huettel LLP to the Depository Trust Company. *See*, Complaint ¶131.

5. Annexed hereto as Exhibit D is a true and correct copy of an opinion letter dated April 21, 2010, which was issued by Carrillo Huettel LLP to Scottsdale Capital Advisors. *See*, Complaint ¶132.

6. Annexed hereto as Exhibit E is a true and correct copy of the United States Securities and Exchange Commission Notice of Effectiveness for Descanso Agency, Inc. dated September 17, 2007.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated: July 22, 2013

PECKAR & ABRAMSON, P.C.

By: _____
Jonathan S. Konovitch (JK 9498)
41 Madison Avenue, 20th Floor
New York, New York 10010
Tel. (212) 382-0909
Fax (212) 382-3456
jkonovitch@pecklaw.com

Attorneys for Defendant
*Luis J. Carrillo*