UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                *Plaintiff*,

    v.

CARRILLO HUETTEL LLP, *ET AL.*,

                *Defendants*,

1:13-cv-01735 (GBD)

REQUEST FOR CERTIFICATE OF DEFAULT

---

TO:    RUBY J. KRAJICK, CLERK OF COURT
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of defendants Tradeshow Marketing Company Ltd. and Pacific Blue Energy Corp., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached declaration of Joshua M. Newville.

Dated:  December 10, 2013

                By:    /s/
                      Joshua M. Newville
                      Senior Counsel
                      SECURITIES AND EXCHANGE COMMISSION
                      200 Vesey Street, 4th Floor
                      New York, NY 10281-1022
                      (212) 336-0578
                      newvillej@sec.gov