| | |
|---|---|
| **From:** | John Cotton |
| **To:** | Newville, Joshua |
| **Subject:** | RE: Document |
| **Date:** | Thursday, April 11, 2013 6:17:31 PM |

He intended to sign as CEO of PBEC so feel free to write that in, and if it bounces i can send it back to him to redo. John Cotton

**From:** Newville, Joshua [NewvilleJ@SEC.GOV]
**Sent:** Wednesday, April 10, 2013 11:48 AM
**To:** John Cotton
**Subject:** FW: Document

John – I just took a closer look at the waiver and wanted to confirm, before I file the document, that Joel understands the attached waiver is made on behalf of PBEC.
Also, please let me know if Joel has any objection if I add, under his printed name: "as CEO on behalf of Pacific Blue Energy Corp."
I've been told it may get bounced by the clerk's office if the document doesn't have the party's name.
Thanks,
Josh Newville

**From:** John Cotton [mailto:JCotton@cgllp.com]
**Sent:** Thursday, March 21, 2013 10:55 PM
**To:** Newville, Joshua
**Subject:** FW: Document

Josh here is the signed acknowledgment. Since I am not counsel to PBEC I am not signing the document. I trust you understand why.

John Cotton

**From:** John Cotton
**Sent:** Thursday, March 21, 2013 7:50 PM
**To:** John Cotton
**Subject:** Fwd: Document


Sent from my iPhone

Begin forwarded message:

> **From:** "Joel Franklin" <joelfranklin23@hotmail.com>
> **To:** "John Cotton" <JCotton@cgllp.com>
> **Subject: Document**
>
> John,
>
> Here is the signed document.
>
> Thanks,

Joel

Sent from my iPhone

Begin forwarded message:

From: "joel franklin" <joelfranklin23@gmail.com<mailto:joelfranklin23@gmail.com>>
To: joelfranklin23@hotmail.com<mailto:joelfranklin23@hotmail.com>
Subject: Fwd: SUPS_STORE13032117430.pdf

---------- Forwarded message ----------
From: *Joel Franklin*
Date: Thursday, March 21, 2013
Subject: SUPS_STORE13032117430.pdf
To: Joel Franklin <joelfranklin23@gmail.com<mailto:joelfranklin23@gmail.com>>