UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

        Plaintiff(s),

vs.

Carrillo Huettel LLP, et al.

        Defendant(s).

Case No.: 13-CV-1735

**AFFIDAVIT OF SERVICE**

State of Washington
County of King   ss

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **04/27/2013** at **8:32 PM**, at the address of **648 237th Place SE, Sammamish**, within **King** County, **WA**, the undersigned duly served the following document(s): **Summons in a Civil Action and Complaint** in the above entitled action upon **Tradeshow Marketing Company Ltd.**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **Luniel de Beer, President** who is authorized to accept service on behalf of the above. **Desc:** Sex: **Male** - Skin: **White** - Hair: **Brown** - Age: **42** - Height: **6' 1"** - Weight: **Medium Build**

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

Date: 5/1/13

X _____
T. Tugsbileg
Registered Process Server
License#: **16471 - Exp. 7/19/2013**
Help Me With My Documents
55 Broad Street, #13F-Hive
New York, MY 10016
877-259-0105

Subscribed and sworn to before me on this 1st day of May, 2013

_____
Notary Public