UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:   Case No.: 13 CV 1735 (GSD)
                Plaintiff,   :
:
  -against-   :
:   DISCLOSURES PURSUANT
CARRILLO HUETTEL LLP, et al.   :   TO FED. R. CIV. P. 26(a)(1)
:
                Defendants.   :
---------------------------------------------------------------x

      Defendant Wade D. Huettel ("Huettel"), by his attorneys, Gage Spencer & Fleming LLP, hereby make the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

      A.    The following individuals may have discoverable information that Huettel may use to support its claims.

          1.    The names of the persons named and/or listed in Section I of plaintiff Securities and Exchange Commission's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

          2.    Justine Blankenship
                  Action Stock Transfer
                  2469 E. Fort Union Blvd., Suite 214
                  Salt Lake City, UT 84121

Huettel reserves the right to supplement this list.

      B.    Huettel has produced copies of all documents, data compilations, and tangible things in its possession, custody or control that it may use to support its claims, except those subject to privilege. Huettel reserves the right to supplement his disclosure.

      C.    Not applicable.

      D.    Not applicable.

Huettel reserves the right to supplement any of these disclosures.

Dated: New York, New York
May 1, 2014

                                GAGE SPENCER & FLEMING LLP

By: /s/ William B. Fleming /JE
William B. Fleming (WF-0411)
410 Park Avenue, Suite 900
New York, New York 10022
Tel. (212) 768-4900
Fax (212) 768-3629
Attorneys for Defendant
Wade D. Huettel