| | |
|---|---|
| Name of Assigned Judge or Magistrate Judge | Sitting Judge if Other Than Assigned Judge  **JUDGE PLUNKETT** |
| Case Number | 92 C 7253 |
| Date | 11/13/92 |
| Case Title | Securities and Exchange Commission v. Brenman, Raskin, Friedlob & Tenenbaum, P.C., Respondent |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3d-party plaintiff, and (b) state briefly the nature of the motion being presented.]

Applicant SEC's Motion for an Order to Require Compliance with Subpoena Duces Tecum

Sent for Microfilming

**DOCKET ENTRY:**

(1) Filed motion of [use listing in "MOTION" box above].  NOV 13 1992
(2) Brief in support of motion due  Filmed on _____  NOV 17 1992
(3) Answer brief to motion due _____  Reply to answer brief due _____
(4) ☐ Ruling / ☐ Hearing on _____ set for _____ at _____
(5) Status hearing ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(6) Pretrial conf. ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(7) Trial ☐ Set for ☐ re-set for _____ at _____
(8) ☐ Bench Trial ☐ Jury Trial ☐ Hearing held and continued to _____ at _____
(9) This case is dismissed ☐ without ☐ with prejudice and without costs ☐ by agreement ☐ pursuant to ☐ FRCP 4(j) (failure to serve) ☐ General Rule 21 (want of prosecution) ☐ FRCP 41(a)(1) ☐ FRCP 41(a)(2)
(10) ☒ [Other docket entry] Applicant SEC's motion for an Order to Require Compliance with ~~Supt~~ Subpoena Duces Tecum, Granted. Enter Order. Oral motion to admit Michael J. Riordan pro hac vice, granted.
(11) ☒ [For further detail see ☐ order on the reverse of ☒ order attached to the original minute order form.]

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | number of notices |
| ☐ No notices required. | NOV 16 1992 | date docketed |
| ☐ Notices mailed by judge's staff. | | |
| ☐ Notified counsel by telephone. | | |
| ☒ Docketing to mail notices. | BCS | docketing dpty. initials |
| ☐ Mail AO 450 form. | ED-5  RECEIVED FOR DOCKETING  NOV 16 1992 | date mailed notice |
| ☐ Copy to judge/magistrate judge. | | |
| courtroom deputy's Initials  MW | Date/time received in central Clerk's Office  92 NOV 13 PM 3:09 | mailing dpty. initials  BCS |

Document # 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>  v.<br><br>BRENMAN, RASKIN, FRIEDLOB &<br>TENENBAUM, P.C.,<br><br>    Respondent. | CIVIL ACTION FILE<br>NO: 92C 7253<br><br>JUDGE PLUNKETT |

## ORDER

This matter coming before the Court on Applicant, Securities and Exchange Commission's (Commission), Application for an Order to Require Compliance with the Subpoena <u>Duces Tecum</u> of the Securities and Exchange Commission, and on the Commission's Motion for an Order to Require Compliance with the Subpoena <u>Duces Tecum</u> of the Securities and Exchange Commission, this Court having reviewed the relevant pleadings and being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

A. There being no grounds for any assertion of the attorney-client privilege, Respondent Brenman, Raskin, Friedlob & Tenenbaum, P.C. shall comply fully and completely with the Subpoena <u>Duces Tecum</u> dated March 26, 1992, issued by the

-2-

Securities and Exchange Commission, at such time and place as the Commission, through its designated officers, shall specify.

B. This Court shall have continuing jurisdiction over any disputes which may subsequently arise with respect to Brenman Raskin's compliance with this Order.

_[signature]_
United States District Judge

Dated: November 13, 1992