UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

       v.

CARRILLO HUETTEL, LLP, et al.

                    Defendants.

13 Civ. 1735 (GBD)(JCF)

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff Securities and Exchange Commission, by and through its attorneys, will take the deposition upon oral examination of Luis J. Carrillo on February 18, 2015, at 9:30 a.m., at a location to be determined in San Diego, California.  The deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded stenographic means, consistent with the provision of Federal Rules of Civil Procedure 30(b)(3).  You are invited to attend and cross examine.

Dated: New York, New York
       February 3, 2015

                                          SECURITIES AND EXCHANGE COMMISSION

                    By:     /s/ Todd D. Brody
                           Todd D. Brody
                           New York Regional Office
                           200 Vesey Street (Brookfield Place)
                           4th Floor
                           New York, New York 10281
                           Tel:  (212) 336-0080
                           brodyt@sec.gov

## **CERTIFICATE OF SERVICE**

I, TODD D. BRODY , hereby certify that on February 3, 2015, I caused to be served a true and correct copy of the NOTICE OF DEPOSITION of Luis J. Carrillo on the following by email and U.S. First Class Mail:

Thomas J. Curran
Doris D. Short
Peckar & Abramson
41 Madison Ave., 20th Floor
New York, NY 10010
*Counsel for Defendant Luis J. Carrillo*

William B. Fleming
Gage Spencer & Fleming LLP
410 Park Avenue
New York, NY 10022
*Counsel for Defendant Wade Huettel*

Christopher Bruno
Bruno & Degenhardt, P.C.
10615 Judicial Drive, Ste 703
Fairfax, VA 22030
*Counsel for Defendant John B. Kirk*

Steven D. Feldman
Sharon O'Shaughnessy
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
*Counsel for Defendant Benjamin T. Kirk*

Mitchell Herr
Stephen Warren
Holland & Knight
701 Brickell Ave., Suite 3000
Miami, FL 33131
*Counsel for Defendant Dylan L. Boyle*

James D. Sallah
David R. Chase
Mark J. Astarita
Sallah Astarita & Cox, LLC
2255 Glades Road, Suite 300E
Boca Raton, FL 33431
*Counsel for Defendant James K. Hinton*

David Gourevitch
Law Office of David U. Gourevitch, P.C.
875 Third Ave., 28th Floor
New York, NY 10022
*Counsel for Defendant Luniel de Beer*

Nicholas M. De Feis
Philip Patterson
De Feis O'Connell & Rose, P.C.
500 Fifth Ave, 26th Floor
New York, NY 10110
*Counsel for Defendants Warren Davis and Gibraltar Global Securities*

Dated:  New York, New York
        February 3, 2015


        /s/ Todd D. Brody
Todd D. Brody
Securities and Exchange Commission
New York Regional Office
200 Vesey Street (Brookfield Place)
4th Floor
New York, New York 10281
Tel: (212) 336-0080
brodyt@sec.gov
*Attorney for Securities and Exchange Commission*