# EXHIBIT

# A

## Brody, Todd D.

| | |
|---|---|
| **From:** | Brody, Todd D. |
| **Sent:** | Thursday, March 12, 2015 3:34 PM |
| **To:** | 'Short, Doris D.'; 'Feldman, Steven'; 'Sussman, Bradley'; Bromberg, Katherine; Newville, Joshua; 'Curran, Thomas J.'; 'wfleming@gagespencer.com'; 'mitchell.herr@hklaw.com'; 'stephen.warren@hklaw.com'; 'jds@sallahlaw.com'; 'david@davidchaselaw.com'; 'mja@sallahlaw.com'; 'david@gourevitchlaw.com'; 'nd@dorlaw.com'; 'pcp@dorlaw.com'; 'cbruno@brunodegenhardt.com' |
| **Subject:** | SEC v. Carrillo Huettel -- Depositions |
| **Attachments:** | BrodyT@sec.gov.vcf |

Counsel. The SEC has arranged to take the voluntary depositions of two Skymark witnesses: Mark Groening and Kevin Mix.

Mr. Mix's deposition is scheduled for March 26 and will take place in Alberta, Calgary. We are still working on the exact location.

Mr. Groening's deposition is scheduled for March 31 and will either take place in Hong Kong or Taiwan.

We will be setting up a video feed so that attorneys who do not want to travel can attend the deposition and ask questions from our offices. If you want to attend the deposition by video but want to use exhibits in your cross-examination of either of these witnesses please let me know and we will make arrangements for those documents to be sent in a sealed envelope to the location.

As I have discussed with several of you, our decision to take the depositions of several of the defendants (notwithstanding that they have either signed a 5th amendment declaration or have agreed to do so) was based on the fact that we were not able to take the depositions of Skymark witnesses. We are now willing to reconsider that decision once the depositions of Messrs. Groening and Mix take place. If you are willing to agree to allow us to take the deposition of your client in early April after the deposition of Messrs. Groening and Mix, then we will not insist on taking the depositions of your clients the week of March 23rd here in New York. I am hopeful that this will allow us to avoid any additional motion practice.

Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
(212) 336-0080 (tel)
(212) 336-1324 (fax)

# Brody, Todd D.

| | |
|---|---|
| **From:** | Brody, Todd D. |
| **Sent:** | Wednesday, March 18, 2015 2:01 PM |
| **To:** | 'Curran, Thomas J.'; 'Feldman, Steven' |
| **Cc:** | 'Short, Doris D.'; 'Sussman, Bradley'; Bromberg, Katherine; Newville, Joshua; 'wfleming@gagespencer.com'; 'mitchell.herr@hklaw.com'; 'stephen.warren@hklaw.com'; 'jds@sallahlaw.com'; 'david@davidchaselaw.com'; 'mja@sallahlaw.com'; 'david@gourevitchlaw.com'; 'nd@dorlaw.com'; 'pcp@dorlaw.com'; 'cbruno@brunodegenhardt.com' |
| **Subject:** | SEC v. Carrillo Huettel -- Depositions |
| **Attachments:** | BrodyT@sec.gov.vcf |

The SEC is going to be taking the voluntary deposition of Nicholas Gregory on Friday March 27. The deposition will take place in Vancouver. We are arranging the location.

As with Mix, and Groening, if you plan on attending the deposition live, please let me know.

Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
(212) 336-0080 (tel)
(212) 336-1324 (fax)

1

# Brody, Todd D.

| | |
|---|---|
| **From:** | Brody, Todd D. |
| **Sent:** | Thursday, March 19, 2015 5:54 PM |
| **To:** | 'Curran, Thomas J.'; 'Feldman, Steven' |
| **Cc:** | 'Short, Doris D.'; 'Sussman, Bradley'; Bromberg, Katherine; Newville, Joshua; 'wfleming@gagespencer.com'; 'mitchell.herr@hklaw.com'; 'stephen.warren@hklaw.com'; 'jds@sallahlaw.com'; 'david@davidchaselaw.com'; 'mja@sallahlaw.com'; 'david@gourevitchlaw.com'; 'nd@dorlaw.com'; 'pcp@dorlaw.com'; 'cbruno@brunodegenhardt.com' |
| **Subject:** | RE: SEC v. Carrillo Huettel -- Depositions |
| **Attachments:** | BrodyT@sec.gov.vcf |

As I have mentioned, the deposition of Nicholas Gregory will be in Vancouver.

For those who want to go to Vancouver, the deposition will take place in a conference room at the offices of the court reporter. Please let me know if you are going to Vancouver.

Charest Reporting
16th Floor, 885 West Georgia Street
Vancouver, BC V6C 3E8
Phone: 604-669-6449
Fax: 604-629-2377

If you want to attend by video, we will have video set up at our offices. If you want to send pre-marked exhibits to use for your examination of the witness, please send them directly to Tony Lutz at Charest Reporting at the address listed above.

I am finalizing the time, but given the time difference between New York and Vancouver, I would suggest that we start at 12:00 pm here, which will be 9:00 am in Vancouver.

Thanks.


Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
(212) 336-0080 (tel)
(212) 336-1324 (fax)

-----Original Message-----
From: Brody, Todd D.
Sent: Wednesday, March 18, 2015 2:01 PM
To: 'Curran, Thomas J.'; 'Feldman, Steven'
Cc: 'Short, Doris D.'; 'Sussman, Bradley'; Bromberg, Katherine; Newville, Joshua; 'wfleming@gagespencer.com'; 'mitchell.herr@hklaw.com'; 'stephen.warren@hklaw.com'; 'jds@sallahlaw.com'; 'david@davidchaselaw.com';

1

'mja@sallahlaw.com'; 'david@gourevitchlaw.com'; 'nd@dorlaw.com'; 'pcp@dorlaw.com'; 'cbruno@brunodegenhardt.com'
Subject: SEC v. Carrillo Huettel -- Depositions

The SEC is going to be taking the voluntary deposition of Nicholas Gregory on Friday March 27. The deposition will take place in Vancouver. We are arranging the location.

As with Mix, and Groening, if you plan on attending the deposition live, please let me know.

Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
(212) 336-0080 (tel)
(212) 336-1324 (fax)