

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
KATHERINE BROMBERG
(212) 336-0170
BrombergK@sec.gov

July 19, 2016

**By UPS and ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   SEC v. Carrillo Huettel LLP et al., 13-cv-1735 (GBD)

Dear Judge Daniels:

The Commission has reached settlements in the above-referenced matter with defendants Benjamin T. Kirk, Dylan L. Boyle and James K. Hinton Jr., each of whom has consented to the entry of judgment in the form attached hereto. Attached, for the Court's approval, are copies of the signed consents and form of judgments, which have also been sent electronically to the Orders and Judgments Clerk. We thank the Court for its consideration.

Respectfully submitted,

Katherine S. Bromberg
Senior Counsel

Enclosure(s)

cc:   Orders and Judgments Clerk (by email)
      Counsel of Record (by ECF)