# EXHIBIT 13

May 18, 2011
Account Request

| ACCOUNT NAME | ACCOUNT | DESCRIPTION | PRICE | QUANTITY | SYMBOL | DATE |
|---|---|---|---|---|---|---|
| DYLAN BOYLE | 2941 | TRANSFERRED SECURITIES IN. | | | | |
| DYLAN BOYLE | 815 | TRANSFERRED SECURITIES IN. | | | | |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 179,237 TSHO (TRADE SHOW MARKETING CO.) AT $0.0428375 | 0.02 | 1,000,000 | TSHO | 14-May-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 6,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.0500000 | 0.0428375 | (179,237) | TSHO | 26-May-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 57,350 TSHO (TRADE SHOW MARKETING CO.) AT $0.0400000 | 0.05 | (6,500) | TSHO | 27-May-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 5,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.0500000 | 0.04 | (57,350) | TSHO | 28-May-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 5,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.0550000 | 0.05 | (5,000) | TSHO | 2-Jun-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 18,575 TSHO (TRADE SHOW MARKETING CO.) AT $0.0590000 | 0.048 | (5,000) | TSHO | 8-Jun-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 285,830 TSHO (TRADE SHOW MARKETING CO.) AT $0.0744228 | 0.049 | (18,575) | TSHO | 10-Jun-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 70,838 TSHO (TRADE SHOW MARKETING CO.) AT $0.1809294 | 0.0744228 | (285,830) | TSHO | 22-Jun-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 25,300 TSHO (TRADE SHOW MARKETING CO.) AT $0.1600000 | 0.1809294 | (70,838) | TSHO | 27-Jul-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 15,900 TSHO (TRADE SHOW MARKETING CO.) AT $0.1343711 | 0.16 | (25,300) | TSHO | 29-Jul-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 34,100 TSHO (TRADE SHOW MARKETING CO.) AT $0.1300000 | 0.1343711 | (15,900) | TSHO | 31-Jul-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 18,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1400000 | 0.13 | (34,100) | TSHO | 3-Aug-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 100,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1225000 | 0.14 | (18,000) | TSHO | 29-Jul-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 50,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1300000 | 0.1225 | (100,000) | TSHO | 17-Aug-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 1,620 TSHO (TRADE SHOW MARKETING CO.) AT $0.2100000 | 0.13 | (50,000) | TSHO | 25-Aug-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 95,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.2000000 | 0.21 | (1,620) | TSHO | 26-Aug-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 27,721 TSHO (TRADE SHOW MARKETING CO.) AT $0.2607215 | 0.2 | (95,000) | TSHO | 25-Aug-09 |
| DYLAN BOYLE | 1815 | CLOSING SALE OF 4,029 TSHO (TRADE SHOW MARKETING CO.) AT $0.2500000 | 0.2607215 | (27,721) | TSHO | 31-Aug-09 |
| DYLAN BOYLE | 1815 | | 0.25 | (4,029) | TSHO | 31-Aug-09 |
| BENJAMIN THOMPSON KIRK | 4285 | TRANSFERRED SECURITIES IN. | | | | |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 179,237 TSHO (TRADE SHOW MARKETING CO.) AT $0.0428375 :::REVERSED BY TRANSACTION ID 39283 | 0.02 | 1,000,000 | TSHO | 14-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 6,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.0013000 :::REVERSED BY TRANSACTION ID 37872 | 0.0428375 | (179,237) | TSHO | 26-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | REVERSAL OF TRANSACTION 37868 CLOSING SALE OF 6,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.0013000 | 0.0013 | (6,500) | TSHO | 27-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 6,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.0500000 PARTIAL FILL | 0.0013 | 6,500 | TSHO | 23-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 57,350 TSHO (TRADE SHOW MARKETING CO.) AT $0.0400000 | 0.05 | (6,500) | TSHO | 27-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 5,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.0500000 | 0.04 | (57,350) | TSHO | 28-May-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 5,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.0560000 | 0.05 | (5,000) | TSHO | 2-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 | REVERSAL OF TRANSACTION 37745 CLOSING SALE OF 179,237 TSHO (TRADE SHOW MARKETING CO.) AT $0.0428375 | 0.056 | (5,000) | TSHO | 8-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 | CLOSING SALE OF 179,236 TSHO (TRADE SHOW MARKETING CO.) AT $0.0428374 | 0.0428375 | 179,237 | TSHO | 8-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 | | 0.0428374 | (179,236) | TSHO | 16-May-09 |



Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to
third parties except for purposes of SEC investigations and
proceedings. Call OIA for further information at x16690.

SCB-0001117

May 18, 2011
Account Request

| Account | Description | Price | Quantity | Symbol | Date |
|---|---|---|---|---|---|
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 18,575 TSHO (TRADE SHOW MARKETING CO.) AT $0.0590000 | 0.059 | (18,575) | TSHO | 10-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 TRANSFERED SECURITIES OUT. | 0.63 | (100,000) | TSHO | 10-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 285,830 TSHO (TRADE SHOW MARKETING CO.) AT $0.0762302 | 0.0762302 | (285,830) | TSHO | 22-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 20,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1000000 | 0.1 | (20,000) | TSHO | 23-Jun-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 48,800 TSHO (TRADE SHOW MARKETING CO.) AT $0.1285082 | 0.1285082 | (48,800) | TSHO | 2-Jul-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 100,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1400000 | 0.14 | (100,000) | TSHO | 17-Jul-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 50,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1490000 | 0.149 | (50,000) | TSHO | 20-Jul-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 22,148 TSHO (TRADE SHOW MARKETING CO.) AT $0.1660000 | 0.166 | (22,148) | TSHO | 21-Jul-09 |
| BENJAMIN THOMPSON KIRK | 4285 CLOSING SALE OF 100,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.1595750 | 0.159575 | (100,000) | TSHO | 20-Jul-09 |
| BENJAMIN THOMPSON KIRK | 4285 TRANSFERED SECURITIES IN. | 0.55 | 1,000,000 | TSHO | 7-Oct-09 |
| BENJAMIN THOMPSON KIRK | 4285 TRANSFERED SECURITIES OUT. | 0.48 | (50,000) | TSHO | 6-Oct-09 |
| BENJAMIN THOMPSON KIRK | 4285 TRANSFERED SECURITIES OUT. | 0.48 | (950,000) | TSHO | 6-Oct-09 |
| MAZI INTERNATIONAL CORP. | 8859 OPENING BUY OF 5,136 TSHO (TRADE SHOW MARKETING CO.) AT $0.7300000 :::REVERSED BY TRANSACTION ID 54740 | 0.73 | 5,136 | TSHO | 24-Nov-09 |
| MAZI INTERNATIONAL CORP. | 8859 REVERSAL OF TRANSACTION 54624 OPENING BUY OF 5,136 TSHO (TRADE SHOW MARKETING CO.) AT $0.7300000 | 0.73 | (5,136) | TSHO | 24-Nov-09 |
| BALTIC INVESTMENTS LTD. CORP | 395 TRANSFERED SECURITIES IN. | 0.48 | 950,000 | TSHO | 6-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 51,400 TSHO (TRADE SHOW MARKETING CO.) AT $0.5673513 | 0.5673513 | (51,400) | TSHO | 16-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 220,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.6592577 | 0.6592577 | (220,000) | TSHO | 20-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 236,700 TSHO (TRADE SHOW MARKETING CO.) AT $0.7103026 | 0.7103026 | (236,700) | TSHO | 21-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 17,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.7245700 | 0.72457 | (117,500) | TSHO | 22-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 32,900 TSHO (TRADE SHOW MARKETING CO.) AT $0.6863700 | 0.68657 | (32,900) | TSHO | 26-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 26,616 TSHO (TRADE SHOW MARKETING CO.) AT $0.6276600 | 0.627f6 | (26,616) | TSHO | 27-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 121,600 TSHO (TRADE SHOW MARKETING CO.) AT $624,334,686.0000000 :::REVERSED BY TRANSACTION ID 52008 | 624334686 | (121,600) | TSHO | 19-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 500 TSHO (TRADE SHOW MARKETING CO.) AT $0.4761400 | 0.47614 | (500) | TSHO | 7-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 100,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.5388302 | 0.5338302 | (100,000) | TSHO | 15-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 REVERSAL OF TRANSACTION 52005 CLOSING SALE OF 121,600 TSHO (TRADE SHOW MARKETING CO.) AT $624,334,686.0000000 | 624334686 | 121,600 | TSHO | 19-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 121,600 TSHO (TRADE SHOW MARKETING CO.) AT $0.6243349 | 0.6243346 | (121,600) | TSHO | 19-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 50,000 TSHO (TRADE SHOW MARKETING CO.) AT $0.6574300 | 0.65743 | (50,000) | TSHO | 28-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 OPENING BUY OF 12,432 TSHO (TRADE SHOW MARKETING CO.) AT $0.7676000 | 0.7678 | 12,432 | TSHO | 23-Nov-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 1,284 TSHO (TRADE SHOW MARKETING CO.) AT $0.5322900 | 0.53229 | (1,284) | TSHO | 14-Oct-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 OPENING BUY OF 5,136 TSHO (TRADE SHOW MARKETING CO.) AT $0.7300000 | 0.73 | 5,136 | TSHO | 24-Nov-09 |
| BALTIC INVESTMENTS LTD. CORP | 7395 CLOSING SALE OF 106,500 TSHO (TRADE SHOW MARKETING CO.) AT $0.5398777 | 0.5398777 | (106,500) | TSHO | 14-Oct-09 |

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to
third parties except for purposes of SEC investigations and
proceedings. Call OIA for further information at x16690.

SCB-0001118

May 18, 2011
ACCOUNT REQUEST

| ACCOUNT NAME | ACCOUNT | DESCRIPTION | PRICE | QUANTITY | SYMBOL | DATE |
|---|---|---|---|---|---|---|
| STROTAS GROUP COR. | 3652 | TRANSFERED SECURITIES IN. | | 100,000 | PBEC | 10-May-10 |
| STROTAS GROUP COR. | 3652 | CLOSING SALE OF 6,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0073922 | 1.0073922 | (6,000) | PBEC | 21-Jun-10 |
| STROTAS GROUP COR. | 3652 | CLOSING SALE OF 10,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0602060 | 1.060206 | (10,000) | PBEC | 24-Jun-10 |
| STROTAS GROUP COR. | 3652 | CLOSING SALE OF 9,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1676700 | 1.16767 | (9,000) | PBEC | 29-Jun-10 |
| STROTAS GROUP COR. | 3652 | TRANSFERED SECURITIES OUT. | 1.03 | (75,000) | PBEC | 19-Jul-10 |
| MAZI INTERNATIONAL CORP. | 8859 | TRANSFERED SECURITIES IN. | 1.17 | 1,830,000 | PBEC | 10-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | TRANSFERED SECURITIES OUT. | 1.17 | (100,000) | PBEC | 10-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | TRANSFERED SECURITIES OUT. | 1.17 | (100,000) | PBEC | 10-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 84,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0120874 | 1.0120874 | (84,500) | PBEC | 10-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 13,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1208126 | 1.12081269 | (13,000) | PBEC | 11-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 15,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.9689720 | 0.968972 | (15,000) | PBEC | 24-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 18,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.9784517 | 0.9784517 | (18,000) | PBEC | 26-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 332,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0025409 | 1.0025409 | (332,000) | PBEC | 27-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 363,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0469437 | 1.04694374 | (363,500) | PBEC | 28-May-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 93,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.2020312 | 1.2020312 | (93,000) | PBEC | 1-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 100,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1783890 | 1.178389 | (100,000) | PBEC | 4-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 10,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.2156171 | 1.2156171 | (10,500) | PBEC | 7-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 5,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1774940 | 1.177494 | (5,000) | PBEC | 8-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 36,772 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1510247 | 1.1510247 | (36,772) | PBEC | 9-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 37,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1021481 | 1.1021481 | (37,000) | PBEC | 10-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 20,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0742035 | 1.0742035 | (20,000) | PBEC | 11-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 57,800 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0150873 | 1.01508737 | (57,800) | PBEC | 14-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 39,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.9892405 | 0.9892405 | (39,000) | PBEC | 15-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 104,550 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.9970919 | 0.9970919 | (104,550) | PBEC | 16-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 59,700 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0065558 | 1.0065558 | (59,700) | PBEC | 17-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 75,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0309284 | 1.0309284 | (75,000) | PBEC | 18-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 1,400 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0073922 | 1.0073922 | (1,400) | PBEC | 21-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 53,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.9736103 | 0.9736103 | (53,500) | PBEC | 22-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 73,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0005041 | 1.0005041 | (73,000) | PBEC | 23-Jun-10 |
| MAZI INTERNATIONAL CORP. | 8859 | CLOSING SALE OF 27,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0003141 | 1.0003141 | (27,000) | PBEC | 25-Jun-10 |

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0001119

May 13, 2011
ACCOUNT REQUEST

| Account | Acct# | Description | Price | Quantity | Date |
|---|---|---|---|---|---|
| BEDFORD INTERNATIONAL LLC | 4484 | TRANSFERED SECURITIES IN. | 1.03 | 806,676 PBEC | 19-Jul-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | TRANSFERED SECURITIES IN. | 1.03 | 75,000 PBEC | 19-Jul-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 10,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0446695 | 1.0446695 | (10,500) PBEC | 12-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 65,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0349683 | 1.0349683 | (65,000) PBEC | 13-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 10,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0176060 | 1.017606 | (10,000) PBEC | 16-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 16,760 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0165960 | 1.016596062 | (16,760) PBEC | 17-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 10,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0159070 | 1.015907 | (10,000) PBEC | 18-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | TRANSFERED SECURITIES OUT. | 1.02 | (20,000) PBEC | 19-Aug-10 |
| BEDFORD INTERNATIONAL LLC | 4484 | CLOSING SALE OF 5,085 PBEC (PACIFIC BLUE ENERGY CORP.) AT $0.3954159 | 0.3954159 | (5,085) PBEC | 1-Sep-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | TRANSFERED SECURITIES IN. | 1.17 | 1,830,000 PBEC | 10-May-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 84,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0120874 | 1.0120874 | (84,500) PBEC | 10-May-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 13,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1208126 | 1.12081269 | (13,000) PBEC | 11-May-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 231,260 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0145899 | 1.0145899 | (231,260) PBEC | 24-Jun-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 391,900 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.0558152 | 1.0558152 | (391,900) PBEC | 28-Jun-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 122,564 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1424108 | 1.1424108 | (122,564) PBEC | 29-Jun-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 53,500 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1233813 | 1.1233813 | (53,500) PBEC | 30-Jun-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 121,600 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1559669 | 1.1559669 | (121,600) PBEC | 1-Jul-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | CLOSING SALE OF 5,000 PBEC (PACIFIC BLUE ENERGY CORP.) AT $1.1555020 | 1.155502 | (5,000) PBEC | 2-Jul-10 |
| BALTIC INVESTMENTS LTD. CORP. | 7395 | TRANSFERED SECURITIES OUT. | 1.03 | (806,676) PBEC | 19-Jul-10 |

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0001120