# EXHIBIT 14

Case 1:13-cv-01735-GBD-JCF   Document 281-14   Filed 08/11/16   Page 1 of 4

 **SECURITIES COMMISSION OF THE BAHAMAS**

3rd Floor, Charlotte House　　　　　　　　　　　　　　　　　　　　　　　Tel.: (242) 397-4100
Shirley Street　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (242) 356-7530
P. O. Box N-8347　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: info@scb.gov.bs
Nassau, Bahamas　　　　　　　　　　　　　　　　　　　　　　　　　　　Website: www.scb.gov.bs

June 27, 2011

Mr. Alberto Arevalo
**Assistant Director**
**Office of International Affairs**
United States Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-1004

**Via Email: arevaloa@sec.gov**
**Via Couriers: FedEx**

Dear Mr. Arevalo:

**RE:   In the Matter of Skymark Research (NY-08377); OIA Ref. No. 2010-01727-004;**
**Supplemental Request**

The captioned refers.

In accordance with your request of April 1, 2011 please find enclosed herewith, information submitted to the Securities Commission of The Bahamas (the "Commission") from Gibraltar Global Securities Inc. (Gibraltar).

Further, please note that the information has not been analyzed by the Commission and is forwarded as it was submitted to us.

The Commission has requested the consent of the Office of the Attorney General to permit use of the information by the U.S. Department of Justice. We respectfully request that until such time as an approval is granted that you ensure that the information is not shared with the Department of Justice.

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0000367

Mr. Alberto Arevalo
Assistant Director, Office of International Affairs
RE: Skymark Research Supplemental Request

We trust that we have been of assistance and should you require anything further please do not hesitate to contact us.

Best Regards,

Philip B. Stubbs
Chairman & Acting Executive Director

Enclosures

PBS/MPM/GJW/stm/L-US SEC/Skymark

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0000368



RECEIVED
JUN 30 P 1:34
SEC/OIA

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0000369