# EXHIBIT 15

| | |
|---|---|
| **From:** | andrea@scottsdalecapital.com |
| **To:** | Ben Kirk |
| **Subject:** | Re: Re: Contact Info |
| **Date:** | Thursday, July 09, 2009 4:46:59 PM |

Thank you
Andrea Bruno
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

> ---- Original Message ----
> **From:** "Ben Kirk" <benkirk@telus.net>
> **To:** <andrea@scottsdalecapital.com>
> **Sent:** 7/9/2009 12:39:05 PM
> **Subject:** Re: Contact Info
>
> HI Andrea the stock power for Dylan Boyle was signed and fedexed today. You will have it tomorrow. I'm not sure on the Kita Kaine that is my brothers so hopefully he gets it out today. The company letter will be in by tomorrow for both also.
>
> Thank You,
>
> Ben Kirk
>
>> ----- Original Message -----
>> **From:** andrea@scottsdalecapital.com
>> **To:** Ben Kirk
>> **Sent:** Wednesday, July 08, 2009 1:06 PM
>> **Subject:** Re: Contact Info
>>
>> Hi . . .certs look good.  I only need the attached letter signed by the issuer on their letterhead.  And the stock powers.
>>
>>
>> Thanks
>> Andrea Bruno
>> Broker
>> Office: 760-448-1800 Ext 207
>> Cell: 619-843-2434
>> Fax: 760-448-1801
>>
>>> ---- Original Message ----
>>> **From:** "Ben Kirk" <benkirk@telus.net>
>>> **To:** <andrea@scottsdalecapital.com>
>>> **Sent:** 7/8/2009 8:59:41 AM
>>> **Subject:** Contact Info

> HI Andrea go ahead and use this email for correspondance. I sent down the fax for Dylan Boyle let me know how it looks
>
>
> Best,
>
>
> Ben Kirk