# EXHIBIT 17

| | |
|---|---|
| **From:** | Mimi Thompson |
| **To:** | "Ben Kirk" |
| **Subject:** | Irish Delta & Strotas Group |
| **Date:** | Wednesday, August 26, 2009 10:59:07 AM |
| **Attachments:** | 2009_08_26_07_46_42.pdf |

Good Morning Ben,

Can you please have the attached forms signed. Also I will need a passport for each individual on the account and a utility bill or something to verify the address of record.

You can fax all the information to me. Please let me know if you should need anything or should have questions.

Thanks for everything

# Mimi Thompson
**Scottsdale Capital Advisors**
2782 Gateway Road
Carlsbad, CA 92009

**800.914.2541 ext 210**
**760-448-1800 local**
**760-448-1801 fax**
**760-650-5225 cell**

Rp 2101

*no account may be opened without a copy of a valid form of picture indentification*



# ALPINE SECURITIES
*Stock Brokerage & Investment Company*

**CUSTOMER ACCOUNT INFORMATION**

| Account Name | | | |
|---|---|---|---|
| Strotas Group Corp. | | | |
| **Marital Status (Please Check)** ☐ Single ☐ Married ☐ Divorced ☐ Widowed | **Number of Dependents** — | **Citizenship** Panama | **Date of Birth (MM/DD/YYYY)** |

| Joint Tennant Name (If Applicable) |
|---|
| Luz Erika Julio |

| Marital Status (Please Check) ☐ Single ☐ Married ☐ Divorced ☐ Widowed | Number of Dependents | Citizenship Panama | Date of Birth (MM/DD/YYYY) 4/14/1974 |
|---|---|---|---|

| Home Address | City | Province | Country | Postal Code |
|---|---|---|---|---|
| Samuel Lewis 58th Ave. 7th Floor 7-A | | | Panama city, Panama | |

| Mailing Address (if different from above): | City | Province | Country | Postal Code |
|---|---|---|---|---|
| Same as above | | | | |

| Daytime Phone | Cell Phone | Fax |
|---|---|---|
| | | |

**Email Address**
Rig@origua.com

By providing your email address, you hereby authorize Alpine to send all statements, trade confirmations, and any other official communication which you may require to this email address.

**I would like the proceeds of sales:**
☐ Sent in the form of a check.  ☒ Held in a money market account.  ☐ Sent as a wire transfer (send instructions).

| Employer Name | Position/Title |
|---|---|
| | |

| Address | City | Province | Country | Postal Code |
|---|---|---|---|---|
| | | | | |

**Affiliations and Acknowledgements**

Do you have a securities license or are you affiliated with any stock exchange?
☐ Yes (see below)   ☒ No

**Other Accounts**

Do you currently maintain an account with another brokerage or investment firm?
☐ Yes (see below)   ☒ No

| Firm Name | Location (City, Country) | Firm Name | Location (City, Country) |
|---|---|---|---|
| | | | |

**Banking**
Bank Name:                                Location (City, Country)

**Information Release**
In order to comply with SEC regulations, we require your permission to release your account information to issuers.
We will assume Yes if left blank.
☐ Yes   ☒ No

The following is an entire list of the public companies in which I am:
(1) An officer or director;
(2) A holder, directly or indirectly, of 5% or more equity interest.
(3) A corporate "insider," "controlling person," member of a controlling group or representative of a corporate insider, controlling person or group.
(Use the back of this paper if more room is needed. If none, write "none.")

| Company | Title | # Of Shares Owned |
|---|---|---|
| None | | |
| Company | Title | # Of Shares Owned |
| | | |

# Suitabillity Determination

Alpine Securities will use the following information to determine your sutiabillity as per the 15-g rules set forth by The United States Securities and Exchange Commission.

**Financial Information**

Annual Income:
- ☐ $0 - $25,000
- ☐ $25,000 - $50,000
- ☐ $50,000 - $100,000
- ☒ $100,000 - $200,000
- ☐ Over $200,000

Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☐ $100,000 - $500,000
- ☒ $500,000 - $1,000,000
- ☐ $Over 1,000,000

Liquid Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☐ $100,000 - $500,000
- ☒ $500,000 - $1,000,000
- ☐ Over $1,000,000

**Personal Assets:**
- ___% Stock
- ___% Bonds
- ___% Cash
- ___% Real Estate
- ___% Business
- ___% Other

**Tax Bracket**
Please check:
- ☐ 15%
- ☐ 20%
- ☐ 25%
- ☒ 28%
- ☐ 33%
- ☐ 35%+

**Investment Objectives**
- ☒ Speculation
- ☐ Growth
- ☐ Income
- ☐ Tax Advantage
- ☐ Safety of Principle
- ☐ Other: _____

**Experience**
Please fill in amount (in years) of experience with each:
- 10 Stocks
- 10 Bonds
- 10 Options
- ___ Commodities

**Education:**
Please fill in number of years attended:
- ___ High School
- ___ College (Undergraduate)
- ___ College (Graduate)

Have you attended any business classes or investor training?
☐ Yes   ☒ No

If Yes, please list institutions where classes were attended in the space below:
_____
_____

**PLEASE READ BEFORE SIGNING**

**Certification:**

Under penalties of perjury, I certify that I have previously received a Risk Disclosure Document explaining important information about designated securities. Furthermore, the undersigned hereby represent(s) that he/she has read the terms and conditions of the Cash Account Agreement, including the reverse side thereof, and agrees to be bound, jointly and severally, to all the terms and conditions. The undersigned further affirms he/she is not acting as a nominee. The undersigned agree(s) to notify Alpine Securities if any of the above information changes.

_____   _____
Customer Signature                              Date

_____   _____
Joint Customer Signature (If Applicable)        Date

I hereby certify that all information has been provided to me by the customer:

_____   _____
Registered Representative                       Date

_____   _____
Approval of Principal                           Date

*no account may be opened without a copy of a valid form of picture indentification*



## ALPINE SECURITIES
*Stock Brokerage & Investment Company*

**CUSTOMER ACCOUNT INFORMATION**

**Account Name:** Irish Delta Inc.

**Marital Status (Please Check):** ☐ Single ☐ Married ☐ Divorced ☐ Widowed
**Number of Dependents:** —
**Citizenship:**
**Date of Birth (MM/DD/YYYY):**

**Joint Tennant Name (If Applicable):** Daysi Lorena Gil

**Marital Status (Please Check):** ☐ Single ☐ Married ☐ Divorced ☐ Widowed
**Number of Dependents:**
**Citizenship:** Panama
**Date of Birth (MM/DD/YYYY):** 8/30/71

**Home Address:** Samuel Lewis 58th Ave. 7th Floor 7-A
**City / Province / Country / Postal Code:** Panama City, Panama

**Mailing Address (if different from above):** Same as above

**Daytime Phone:**
**Cell Phone:**
**Fax:**

**Email Address:** Rig@origua.cm

By providing your email address, you hereby authorize Alpine to send all statements, trade confirmations, and any other official communication which you may require to this email address.

**I would like the proceeds of sales:**
☐ Sent in the form of a check.
☒ Held in a money market account.
☐ Sent as a wire transfer (send instructions).

**Employer Name:**
**Position/Title:**
**Address / City / Province / Country / Postal Code:**

**Affiliations and Acknowledgements**
Do you have a securities license or are you affiliated with any stock exchange?
☐ Yes (see below) ☒ No
**Firm Name:** **Location (City, Country):**

**Other Accounts**
Do you currently maintain an account with another brokerage or investment firm?
☐ Yes (see below) ☒ No
**Firm Name:** **Location (City, Country):**

**Banking**
**Bank Name:** **Location (City, Country):**

**Information Release**
In order to comply with SEC regulations, we require your permission to release your account information to issuers.
We will assume Yes if left blank.
☐ Yes ☒ No

The following is an entire list of the public companies in which I am:
(1) An officer or director;
(2) A holder, directly or indirectly, of 5% or more equity interest.
(3) A corporate "insider," "controlling person," member of a controlling group or representative of a corporate insider, controlling person or group.
(Use the back of this paper if more room is needed. If none, write "none.")

| Company | Title | # Of Shares Owned |
|---|---|---|
| None | | |
| | | |

## Suitabillity Determination

Alpine Securities will use the following information to determine your sutiabillity as per the 15-g rules set forth by The United States Securities and Exchange Commission.

**Financial Information**

Annual Income:
- ☐ $0 - $25,000
- ☐ $25,000 - $50,000
- ☐ $50,000 - $100,000
- ☐ $100,000 - $200,000
- ☒ Over $200,000

Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☐ $100,000 - $500,000
- ☐ $500,000 - $1,000,000
- ☒ $Over 1,000,000

Liquid Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☐ $100,000 - $500,000
- ☐ $500,000 - $1,000,000
- ☒ Over $1,000,000

**Personal Assets:**
- 25% Stock
- ___% Bonds
- 25% Cash
- ___% Real Estate
- 25% Business
- 25% Other

**Tax Bracket**
Please check:
- ☐ 15%
- ☐ 20%
- ☐ 25%
- ☐ 28%
- ☐ 33%
- ☐ 35%+

**Investment Objectives**
- ☒ Speculation
- ☐ Growth
- ☐ Income
- ☐ Tax Advantage
- ☐ Safety of Principle
- ☐ Other: _____

**Experience**
Please fill in amount (in years) of experience with each:
- ___ Stocks
- ___ Bonds
- ___ Options
- ___ Commodities

**Education:**
Please fill in number of years attended:
- ___ High School
- ___ College (Undergraduate)
- ___ College (Graduate)

Have you attended any business classes or investor training?
☐ Yes  ☒ No

If Yes, please list institutions where classes were attended in the space below:

_____

_____

**PLEASE READ BEFORE SIGNING**

**Certification:**

Under penalties of perjury, I certify that I have previously received a Risk Disclosure Document explaining important information about designated securities. Furthermore, the undersigned hereby represent(s) that he/she has read the terms and conditions of the Cash Account Agreement, including the reverse side thereof, and agrees to be bound, jointly and severally, to all the terms and conditions. The undersigned further affirms he/she is not acting as a nominee. The undersigned agree(s) to notify Alpine Securities if any of the above information changes.

_____    _____
Customer Signature                                Date

_____    _____
Joint Customer Signature (If Applicable)          Date

I hereby certify that all information has been provided to me by the customer:

_____    _____
Registered Representative                         Date

_____    _____
Approval of Principal                             Date