# EXHIBIT 18

## Wires

**From:**         michelle@scottsdalecapital.com
**Received:**     Thursday, April 1, 2010 07:54 AM
**To:**           bennykirk@gmail.com
**Attachments:**  Wires 4-1-10.pdf

Please return to me at your earliest convenience.


Thank you,


Michelle Aarnes

Scottsdale Capital Advisors

2782 Gateway Road

Carlsbad, CA 92009


800.914.2541 ext 210

760-448-1800 local

760-266-5129 fax


## LOA's for the wires

**From:**         michelle@scottsdalecapital.com
**Received:**     Wednesday, February 17, 2010 10:36 AM
**To:**           bennykirk@gmail.com
**Attachments:**  Strotas and Irish Delta FFUND LOA's.pdf

Ben-


Attached are the Letter's of Authorization for both Strotas and Irish Delta.


Please let me know if you have any questions.


Best,

Michelle Aarnes

Scottsdale Capital Advisors

2782 Gateway Road

Carlsbad, CA 92009

800.914.2541 ext 210

760-448-1800 local

760-266-5129 fax

**Strotas**

**From:**         michelle@scottsdalecapital.com
**Received:**     Wednesday, February 17, 2010 07:17 AM
**To:**           bennykirk@gmail.com
**Attachments:**

Hi Ben,

The wire for Strotas did come back yesterday.

I have a call in to our Ops Manager to find out why.  He is calling the receiving bank as they declined the wire.  Having this information will assist us in completing future requests and in completing the forms.

As soon as I have an answer, I will call or email you.

Best,

Michelle Aarnes

Scottsdale Capital Advisors

2782 Gateway Road

Carlsbad, CA 92009


800.914.2541 ext 210

760-448-1800 local

760-266-5129 fax


## Fwd: Stock Powers for Pacific Blue Energy

**From:**          andrea@scottsdalecapital.com
**Received:**      Thursday, February 11, 2010 07:16 AM
**To:**            bennykirk@gmail.com
**Attachments:**   Stockpower.pdf

See below

thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: andrea@scottsdalecapital.com
To: rig@origua.com
Sent: 2/10/2010 8:03:21 AM
Subject: Stock Powers for Pacific Blue Energy

As per Ben Kirk I am to contact you to get 2 stock powers signed.  One for Irish Delta and
the other for Strotas Group.  I will need the original overnighted to my office:


Scottsdale Capital

2782 Gateway Road

Carlsbad, CA 92009


Thanks

Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

### Re: Re: Re: stock powers

**From:**            andrea@scottsdalecapital.com
**Received:**        Tuesday, December 22, 2009 10:52 AM
**To:**              bennykirk@gmail.com
**Attachments:**

we need the originals.

Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: <bennykirk@gmail.com>
To: <andrea@scottsdalecapital.com>
Sent: 12/22/2009 10:30:36 AM
Subject: Re: Re: stock powers

Justscanned and faxed

Sent from my BlackBerry? smartphone

From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 10:29:40 -0800
To: <bennykirk@gmail.com>
Subject: Re: Re: stock powers

no
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: <bennykirk@gmail.com>
To: <andrea@scottsdalecapital.com>
Sent: 12/22/2009 9:45:01 AM
Subject: Re: stock powers

Do they need to be notarized?

Sent from my BlackBerry? smartphone

From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 09:32:48 -0800
To: <bennykirk@gmail.com>
Subject: stock powers

Here they are for Strotas and Irish Delta.

Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

### Re: Re: stock powers

**From:**          andrea@scottsdalecapital.com
**Received:**      Tuesday, December 22, 2009 10:29 AM
**To:**            bennykirk@gmail.com
**Attachments:**

no
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: <bennykirk@gmail.com>
To: <andrea@scottsdalecapital.com>
Sent: 12/22/2009 9:45:01 AM
Subject: Re: stock powers

Do they need to be notarized?

Sent from my BlackBerry? smartphone

From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 09:32:48 -0800
To: <bennykirk@gmail.com>
Subject: stock powers

Here they are for Strotas and Irish Delta.


Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

### stock powers

**From:**          andrea@scottsdalecapital.com
**Received:**      Tuesday, December 22, 2009 09:32 AM
**To:**            bennykirk@gmail.com
**Attachments:**   Stock power.pdf

Here they are for Strotas and Irish Delta.

Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

## DSR

**From:**            andrea@scottsdalecapital.com
**Received:**        Friday, September 18, 2009 01:12 PM
**To:**              bennykirk@gmail.com
**Attachments:**     Deposited Securities Request-penson.pdf


Andrea Bruno
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

### Fwd: Fw: Irish Delta & Strotas Group

**From:**        bennykirk@gmail.com
**Received:**    Monday, August 31, 2009 01:25 PM
**To:**          mimi@scottsdalecapital.com
**Attachments:** Daysi pass.JPG, Vladimir Isaza_passport.JPG

---------- Forwarded message ----------
From: Daysi Gil <daysi@origua.com>
Date: Mon, Aug 31, 2009 at 10:19 AM
Subject: Fw: Irish Delta & Strotas Group
To: bennykirk@gmail.com
Cc: mimi@scottsdalecapital.com

Dear Sirs:

Attach copies of the passport of the director per account.

regards,

*Daysi L. Gil
*Corporate Law Department
ORILLAC & GUARDIA
Tel. (507) 263-3917
Fax. (507) 263-3924
E-mail: daysi@origua.com

  -------------------------------

*De:* ben kirk [mailto:bennykirk@gmail.com]
*Enviado el:* viernes, 28 de agosto de 2009 04:05 p.m.
*Para:* Roberto Guardia
*Asunto:* Re: Irish Delta & Strotas Group


If one director per account has on we can make that work

Ben

On Fri, Aug 28, 2009 at 1:32 PM, Roberto Guardia <rig@origua.com> wrote:

Hummm?we need to talk about this when you come.

Not all directors have passports.

Cheers,


*Para:* Roberto Guardia
*Asunto:* Re: Irish Delta & Strotas Group


Oh ya FYI the brokerage needs passports not just ID.

Ben

On Fri, Aug 28, 2009 at 12:50 PM, Roberto Guardia <rig@origua.com> wrote:

OK?JUST GIMME A CALL.

HAVE A SAFE FLIGHT.


on Thu, Aug 27, 2009 at 3:05 PM, Roberto Guardia <rig@origua.com> wrote:

I just got it?i was out of the office.

Cheers,


------------------------------

*De:* ben kirk [mailto:bennykirk@gmail.com]
*Enviado el:* jueves, 27 de agosto de 2009 02:08 p.m.
*Para:* Roberto Guardia
*Asunto:* Re: Irish Delta & Strotas Group


HI Roberto did you get my email this morning?


Ben

On Wed, Aug 26, 2009 at 1:08 PM, Roberto Guardia <rig@origua.com> wrote:

Just now.


Begin forwarded message:


*From: *"Mimi Thompson" <mimi@scottsdalecapital.com>

*Date: *August 26, 2009 9:00:00 AM GMT-06:00

*To: *"Ben Kirk'" <benkirk@telus.net>

*Subject: **Irish Delta & Strotas Group*


Good Morning Ben,


Can you please have the attached forms signed. Also I will need a passport
for each individual on the account and a utility bill or something to verify
the address of record.


You can fax all the information to me. Please let me know if you should need
anything or should have questions.

Thanks for everything

Mimi  Thompson

*Scottsdale** Capital Advisors*

2782 Gateway Road

Carlsbad, CA 92009

*800.914.2541 ext 210*

*760-448-1800 local*

*760-448-1801 fax*

*760-650-5225 cell*

### Re: Re: stock powers

**From:**          bennykirk@gmail.com
**Received:**    Tuesday, December 22, 2009 10:33 AM
**To:**           andrea@scottsdalecapital.com
**Attachments:**

Justscanned and faxed
Sent from my BlackBerry? smartphone

-----Original Message-----
From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 10:29:40
To: <bennykirk@gmail.com>
Subject: Re: Re: stock powers

no
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: <bennykirk@gmail.com>
To: <andrea@scottsdalecapital.com>
Sent: 12/22/2009 9:45:01 AM
Subject: Re: stock powers

Do they need to be notarized?

Sent from my BlackBerry? smartphone

From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 09:32:48 -0800

To: <bennykirk@gmail.com>
Subject: stock powers

Here they are for Strotas and Irish Delta.



Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

### Re: Re: stock powers

**From:**              bennykirk@gmail.com
**Received:**          Tuesday, December 22, 2009 10:31 AM
**To:**                andrea@scottsdalecapital.com
**Attachments:**

Sorry just scanned or faxed?
Sent from my BlackBerry? smartphone

-----Original Message-----
From: bennykirk@gmail.com
Date: Tue, 22 Dec 2009 18:30:36
To: <andrea@scottsdalecapital.com>
Subject: Re: Re: stock powers

Justscanned and faxed
Sent from my BlackBerry? smartphone

-----Original Message-----
From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 10:29:40
To: <bennykirk@gmail.com>
Subject: Re: Re: stock powers

no
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801

---- Original Message ----
From: <bennykirk@gmail.com>
To: <andrea@scottsdalecapital.com>
Sent: 12/22/2009 9:45:01 AM
Subject: Re: stock powers

Do they need to be notarized?

Sent from my BlackBerry? smartphone

From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 09:32:48 -0800
To: <bennykirk@gmail.com>

Subject: stock powers

Here they are for Strotas and Irish Delta.


Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801


## Re: stock powers

**From:**          bennykirk@gmail.com
**Received:**      Tuesday, December 22, 2009 09:45 AM
**To:**            andrea@scottsdalecapital.com
**Attachments:**

Do they need to be notarized?
Sent from my BlackBerry? smartphone

-----Original Message-----
From: <andrea@scottsdalecapital.com>
Date: Tue, 22 Dec 2009 09:32:48
To: <bennykirk@gmail.com>
Subject: stock powers

Here they are for Strotas and Irish Delta.


Thanks
Andrea Ritchie
Broker
Office: 760-448-1800 Ext 207
Cell: 619-843-2434
Fax: 760-448-1801