# EXHIBIT 20

| | |
|---|---|
| **From:** | Michelle Aarnes |
| **To:** | "Ben Kirk" |
| **Subject:** | Wire? |
| **Date:** | Tuesday, February 16, 2010 1:13:43 PM |

Hi Ben,

Are we doing a wire for you today?

I haven't seen anything come across my desk or fax.

Just wanted to check in.

Thanks,

## Michelle Aarnes
### Scottsdale Capital Advisors
2782 Gateway Road
Carlsbad, CA 92009

**800.914.2541 ext 210**
**760-448-1800 local**
**760-266-5129 fax**