# EXHIBIT 21

| | |
|---|---|
| **From:** | Mimi Thompson |
| **To:** | "Ben Kirk" |
| **Subject:** | Penson Account Forms |
| **Date:** | Monday, August 31, 2009 6:57:12 PM |
| **Attachments:** | 2009_08_31_15_56_00.pdf |

Here are all the account forms for both corporations. Let me know if you should have questions.

# Mimi Thompson
Scottsdale Capital Advisors
2782 Gateway Road
Carlsbad, CA 92009

**800.914.2541 ext 210**
**760-448-1800 local**
**760-448-1801 fax**
**760-650-5225 cell**

**Penson Financial Services**
**New Account Approval Form**

Account Number: _____

**PENSON**

Cash ✓   Mgn. ___   Short ___   Optn. ___   IRA ___   Office Code: ___   RR# ___   Acct. Open Date: ___

Is this account for a Foreign Bank? ☐ YES / ☒ NO. If yes, please list U.S. agent for service of process: _____

Name of Primary Account Holder or Title of Account: **Irish Delta Inc**
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

Name of Secondary Acct. Holder: **Daysi Lorena Gil**

**Primary Account Holder Information:**

| | | | |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | [redacted]368 | Home Telephone: | 507-263-3917 |
| Residential Address: (No PO Boxes) | [redacted] | | |
| City, State, Zip: | Panama City, Panama | | |
| Mailing Address (if different): | | | |
| City, State, Zip: | | Drivers License #: | |
| Employer's Name: | | Occupation: | |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | | | |
| Email Address: | Rig@origua.com | Date of Birth: | |
| Associated person of a Broker? | Yes ☒ / No ☐ (If Yes, please name): | | |

**Secondary Account Holder Information (If Joint Acct.):** ☐ YES / ☒ NO – Is Secondary Account holder the Spouse of Primary Account Holder?

| | | | |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | | Home Telephone: | |
| Residential Address: (No PO Boxes) | Same above | | |
| City, State, Zip: | | | |
| Mailing Address (if different): | | exp: | |
| City, State, Zip: | | Drivers License #: | [redacted] |
| Employer's Name: | | Occupation: | |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | | | |
| Email Address: | | Date of Birth: | [redacted]/71 |
| Associated person of a Broker? | Yes ☐ / No ☒ (If Yes, please name): | | |

**Citizenship Information:**

Primary:
Are you a U.S. Citizen? Yes ☐ / No ☒
Resident Alien? Yes ☐ / No ☒   Country of Birth **Panama**
Non-Resident Alien? Yes ☐ / No ☒   Country Residing In: **Panama**

Secondary:
Are you a U.S. Citizen? Yes ☐ / No ☒
Resident Alien? Yes ☐ / No ☒   Country of Birth **Panama**
Non-Resident Alien? Yes ☐ / No ☒   Country Residing In: **Panama**

**Investment Objectives:** (* If more than one, please rank 1-8)

| | | |
|---|---|---|
| ☐ | Long term growth with safety (long term capital appreciation with relative safety of principal) | A |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B |
| ☒ | Speculative (want increase in value of investments – High Risk) | C |
| ☐ | Income (want to use proceeds of the acct. as a source of income) | H |
| ☐ | Growth and Income (preserve capital as much as possible) | I |
| ☐ | Long term growth with greater risk – Aggressive Growth (trade volatile securities that have wide changes in price) | J |
| ☐ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) | M |
| ☐ | Capital Appreciation (High Risk, capital growth invested primarily in stocks and options) | N |

**Tax Information:**

| | |
|---|---|
| # Of Dependents: | |
| Tax Status: | % |
| Initial Deposit: | $ |
| Initial Transaction: | |

Marital Status: ☐ S / ☐ M / ☐ D / ☐ W

Signature: Primary **Daysi Lorena Gil**   Secondary _____

Penson New Account Approval Form Page 1 of 2    07/2006

**Penson Financial Services**
**New Account Approval Form**

Account Number: _____

PENSON

Cash ✓   Mgn. ____   Short ____   Optn. ____   IRA ____   Office Code: ____   RR# ____   Acct. Open Date: _____

**Client Information:**

| How long has account holder known the Broker? |
|---|
| Who were you introduced by? |
| Is account holder a control person? (Officer, Director or 10% stock owner)   ☐ Yes / ☑ No |
| If Yes, Please list the company(s) controlled & position: |
|  |
|  |
| Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? ☐ Yes / ☑ No |

**Income:** / **Net Worth: (Excluding Primary Residence)** / **Liquid Net Worth:** / **Payment Instructions:**

| Income | Net Worth | Liquid Net Worth | | |
|---|---|---|---|---|
| ☐ $0 - 24,999 | ☐ $0 - 25,000 | ☐ $0 - 25,000 | A | **Securities:**   **Money**   **Dividends** |
| ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | B | ☐ Transfer & Ship (1)   ☐ Pay (1)   ☐ Pay Weekly (1) |
| ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | C | ☑ Hold St. Name (2)   ☑ Hold (7)   ☐ Pay Monthly (1) |
| ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | D |    ☑ Hold (4) |
| ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | E | |
| ☐ $250,000 – 499,999 | ☐ $250,000 – 499,999 | ☐ $250,000 – 499,999 | F | Principal & Maturity: ☐ Credit to Account   ☐ Send Payment |
| ☐ $500,000 - 999,999 | ☐ $500,000 - 999,999 | ☐ $500,000 - 999,999 | G | Process checks: ☐ Monthly   ☐ Weekly |
| ☐ $1,000,000 - Over | ☐ $1,000,000 - Over | ☐ $1,000,000 - Over | H | Money Market Sweeps: ☐ Yes / ☑ No – If Yes, List Fund: |

**Investment Experience:**

| | Yrs. | Avg. Size | Avg. # P/Yr. |
|---|---|---|---|
| Options: | | | |
| Stocks: | | | |
| Bonds: | | | |
| Commodities: | | | |
| Other (specify): | | | |

**Type of Registration:**

☐ Individual  /  ☐ Joint Community Property  /  ☐ Payable on Death (Individual)

☐ Joint Tenants In Entirety  /  ☐ Joint with Rights of Survivorship (except in LA)  /  ☐ Joint Tenants In Common

☐ Joint with Rights of Survivorship & Payable on Death (except in LA)  /  ☐ Transfer on Death

☐ UGMA/☐ UTMA (Provide DOB & SSN for minor): SSN_____ DOB_____

☐ Retirement Account – Type: _____  /  ☐ Foreign Non-Resident Alien  /  ☐ Resident Alien

☑ Other (Circle): Corporate, LLC, Trust, Partnership, Estate, Non-Profit, Sole Proprietorship, Investment Club.

**Credit References:**

| Bank: |
|---|
| Branch: |
| Type of Acct.: |
| Broker: |

**Duplicate Confirmations:**

Please send Duplicate confirms to the following address:

**Authorized Person:**

If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer:

Is this a Discretionary account?   Yes   No   *(Circle One)*

**Customer and Authorized Person's Signature:**

Primary Account Holder: X _Daysi L. Gil_   Date: 8/31/09

Secondary Account Holder: _____   Date: _____

Authorized Person (if Applicable): _____   Date: _____

**Broker Use Only:**

| Registered Rep Signature: | |
|---|---|
| Branch Manager Signature: | |
| Designated Officer Signature: | |

**Daytrading:**

Approved for Day Trading Strategy? ☐ YES / ☐ NO

Was Daytrading Risk Disclosure Statement Delivered? ☐ YES / ☐ NO

Date Daytrading Disclosure was delivered: _____

Account No. _____

## PENSON FINANCIAL SERVICES, INCORPORATED
## AND/OR BROKER DEALERS FOR WHICH IT CLEARS

### CORPORATE ACCOUNT
(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, _Anais Berrio_, being the Secretary of _Irish Delta Inc_ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _____ day of _____ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

**RESOLVED**, That the President, Vice President, Treasurer, or _Secretary_, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| Role | Name | Signature | SSN, Fed ID, Cedula, NIT# | ID # | ID Type | Expiration Date | Issued By | Issue Date |
|---|---|---|---|---|---|---|---|---|
| President | Daysi Lorena Bil | X | | | | | | |
| Vice President | | | | | | | | |
| Treasurer | Ernesto Collado | X | | | | | | |
| Secretary | Anais Berrio | X | | | | | | |

**I certify that I am the sole officer** of the aforementioned corporation: _____

Revised 6/2006
Corporate Account Agreement

Page 1 of 2

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of _Irish Delta_ and represents that it is not a commodity pool operator. The Corporation is incorporated in _Panama_ and has its principal place of business in _Panama_.
　　Name of jurisdiction　　　　　　　　　　　　　　　　　　Name of Jurisdiction

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES___ NO _✓_; or a business offering services to a shell bank: YES___ NO _✓_; or a foreign bank: YES___ NO _✓_. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this _____ day of _____, 20___

SEAL

__No seal__
(If no seal, certify that there is no seal)

_____
Secretary (or officer authorized to act)

_Anais Berrio_

Account No. _____

## PENSON FINANCIAL SERVICES, INCORPORATED
## AND/OR BROKER DEALERS FOR WHICH IT CLEARS

### CORPORATE ACCOUNT
(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, __Anais Berrio__, being the Secretary of __Irish Delta Inc__ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _____ day of _____ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED,

That the President, Vice President, Treasurer, or __Secretary__, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever; and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

|  | **Name** | **Signature** |
|---|---|---|
| President: | Daysi L. Gil | (x) |
| Vice President: |  |  |
| Treasurer: | Ernesto Collado | (x) |
| Secretary: | Anais Berrio |  |

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of _____ and represents that it is not a commodity pool operator. The Corporation is incorporated in __Panama__ (Name of jurisdiction) and has its principal place of business in __Panama__ (Name of jurisdiction).

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES___ NO ✓; or a business offering services to a shell bank: YES___ NO ✓; or a foreign bank: YES___ NO ✓. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this _____ day of _____, 20___

SEAL

__NO Seal__
(If no seal, certify that there is no seal)

(x) _____
Secretary (or officer authorized to act)
__Anais Berrio__

Revised 6/02

# PENSON FINANCIAL SERVICES, INC.
## AND/OR BROKER DEALERS
## FOR WHICH IT CLEARS

### CUSTOMER ACCOUNT AGREEMENT

| Account Number: | Full Name and Address on Account | Social Security Number / Employment Identification Number |
|---|---|---|
| | *Irish Delta Inc* *[handwritten address]* *Panama City, Panama* | The TIN provided must match the name given to avoid backup withholding. |

**CERTIFICATION OF TAXPAYER ID NUMBER (SUBSTITUTE W-9)**
*(Please skip this section if you are not a U.S. Person for Tax Purposes)*

Check appropriate box(es):  ☐ Individual/Sole Proprietor  ☒ Corporation  ☐ Partnership  ☐ Other _____  ☐ Exempt from Backup Withholding

Under penalty of perjury I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) and
(2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement account (IRA), and payments other than interest and dividends).
(3) I am a U.S. person (including a U.S. resident alien).

Certification Instructions -- You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature _[signed]_  Date _8/31/09_

**DISCLOSURE OF NAME/ADDRESS ON SECURITIES YOU OWN**
Under rule 14b-1(c) of the Securities Exchange Act, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Please check below if you do not want your ownership disclosed. By not checking below, you acknowledge that your ownership information may be transmitted to a third party for the processing and reporting of such information.

_____ I object to the disclosure of such information

**AUTHORIZATION TO EARN INTEREST ON FUNDS AWAITING INVESTMENT**
This is to confirm my intention to reinvest cash credit balances held by you in my name, and I further confirm that this cash credit balance is being maintained with you solely for the purpose of reinvestment. I understand that cash balances of up to $100,000 are protected by the Securities Investor Protection Corporation (SIPC), but that SIPC coverage is not available for funds maintained solely for the purpose of earning interest.

**BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE CUSTOMER AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE OF THIS DOCUMENT. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT, THE INFORMATION BROCHURE PREPARED BY PENSON FINANCIAL SERVICES, INC., AND PENSON'S PRIVACY POLICY. THE UNDERSIGNED CERTIFIES THAT THE UNDERSIGNED HAS READ AND UNDERSTANDS ALL PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT BENEFITS PENSON FINANCIAL SERVICES, INC., INTRODUCING BROKERS FOR WHICH IT CLEARS AND PERSONS RELATED TO EACH OF THE FOREGOING. THE REVERSE SIDE OF THIS AGREEMENT, PARAGRAPH 8, CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE.**

Important information about **procedures for opening a new account:** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. **What this means to you:** when you open an account, we will ask for your name address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Date of Delivery of Privacy Policy: _____

**For Use by Individuals, including joint accounts:**

Signature: _____

Print Name: _____

Signature (Second Party, If Joint Account): _____

Print Name: _____

Date: _____

**For use by entity accounts only (i.e. corporations, partnerships, trusts):**

Is this account for a foreign bank? ☐ Yes ☒ No – If Yes, please list Agent for service of process: _____

Is this account for a foreign shell bank? ☐ Yes ☒ No.

Does this firm offer services to a foreign shell bank? ☐ Yes ☒ No

If you answered yes to any of the above questions, Corporation will need to complete Certification Regarding Correspondent Accounts.

Signature: _[signed]_

Print Name: _Taysi L. Gil_

Title: _____  Date: _____

---

**1. Applicable Rules and Regulations.** All transactions shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, if any, upon which such transactions are executed, except as otherwise specifically provided in this Agreement.

**2. Definitions.** "Introducing broker" means any brokerage firm which introduces securities transactions on behalf of the undersigned, which transactions are cleared through you, whether one or more. "Obligations" means all indebtedness, debit balances, liabilities or other obligations of any kind of the undersigned to you, whether now existing or hereafter arising. "Securities and other property" shall include, but shall not be limited to, money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "You" or "your" refers to Penson Financial Services, Inc.

**3. Breach; Security Interest.** Whenever in your discretion you consider it necessary for your protection, or for the protection of the undersigned's introducing firm or in the event of, but not limited to; (i) any breach by the undersigned of this or any other agreement with you or (ii) the undersigned's failure to pay for securities and other property purchased or to deliver securities and other property sold, you may sell any or all securities and other property held in any of the undersigned's accounts (either individually or jointly with others), cancel or

**Penson Financial Services**
**New Account Approval Form**

Account Number: _____

Cash ✓  Mgn. ____  Short ____  Optn. ____  IRA ____  Office Code: ____  RR# ____  Acct. Open Date: ____

Is this account for a Foreign Bank? ☐ YES / ☒ NO. If yes, please list U.S. agent for service of process: _____

Name of Primary Account Holder or Title of Account: **Strotas Group Corp**
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

Name of Secondary Acct. Holder: **LUZ Erika Isaza**

**Primary Account Holder Information:**

| Field | Value | Field | Value |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | [redacted] | Home Telephone: | 507-263-3917 |
| Residential Address: (No PO Boxes) | [redacted] | | |
| City, State, Zip: | Panama City, Panama | | |
| Mailing Address (if different): | | | |
| City, State, Zip: | | Drivers License #: | |
| Employer's Name: | | Occupation: | |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | | | |
| Email Address: | Rig@origua.com | Date of Birth: | |
| Associated person of a Broker? | Yes ☐ / No ☒ (If Yes, please name): | | |

**Secondary Account Holder Information (If Joint Acct.):** ☐ YES / ☒ NO – Is Secondary Account holder the Spouse of Primary Account Holder?

| Field | Value | Field | Value |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | | Home Telephone: | |
| Residential Address: (No PO Boxes) | Same above | | |
| City, State, Zip: | | | |
| Mailing Address (if different): | | | exp: 6/27/10 |
| City, State, Zip: | | Drivers License #: | [redacted] |
| Employer's Name: | Strotas Group | Occupation: | CEO |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | | | |
| Email Address: | | Date of Birth: | [redacted]/74 |
| Associated person of a Broker? | Yes ☐ / No ☒ (If Yes, please name): | | |

**Citizenship Information:**

Primary:
Are you a U.S. Citizen? Yes ☐ / No ☒
Resident Alien? Yes ☐ / No ☐ Country of Birth: Panama
Non-Resident Alien? Yes ☐ / No ☐ Country Residing In: Panama

Secondary:
Are you a U.S. Citizen? Yes ☐ / No ☒
Resident Alien? Yes ☐ / No ☐ Country of Birth: Panama
Non-Resident Alien? Yes ☐ / No ☒ Country Residing In: Panama

**Investment Objectives:** (* If more than one, please rank 1-8)

| | Objective | Code |
|---|---|---|
| ☐ | Long term growth with safety (long term capital appreciation with relative safety of principal) | A |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B |
| ☒ | Speculative (want increase in value of investments – High Risk) | C |
| ☐ | Income (want to use proceeds of the acct. as a source of income) | H |
| ☐ | Growth and Income (preserve capital as much as possible) | I |
| ☐ | Long term growth with greater risk – Aggressive Growth (trade volatile securities that have wide changes in price) | J |
| ☐ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) | M |
| ☐ | Capital Appreciation (High Risk, capital growth invested primarily in stocks and options) | N |

**Tax Information:**

| Field | Value |
|---|---|
| # Of Dependents: | |
| Tax Status: | % |
| Initial Deposit: | $ |
| Initial Transaction: | |

Marital Status: ☐ S / ☐ M / ☐ D / ☐ W

Signature: Primary X **LUZ Erika Julio**   Secondary _____

Penson New Account Approval Form Page 1 of 2          07/2006

**Penson Financial Services**
**New Account Approval Form**

Account Number: _____

PENSON

Cash ✓  Mgn. ____ Short ____ Optn. ____ IRA ____ Office Code: ____ RR# ____ Acct. Open Date: ____

### Client Information:

| |
|---|
| How long has account holder known the Broker? |
| Who were you introduced by? |
| Is account holder a control person? (Officer, Director or 10% stock owner) ☐ Yes / ☑ No |
| If Yes, Please list the company(s) controlled & position: |
| |
| |
| Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? ☐ Yes / ☑ No |

| Income: | Net Worth: (Excluding Primary Residence) | Liquid Net Worth: | Payment Instructions: | | |
|---|---|---|---|---|---|
| ☐ $0 - 24,999 | ☐ $0 - 25,000 | ☐ $0 - 25,000 | A Securities: | Money | Dividends |
| ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | B ☐ Transfer & Ship (1) | ☐ Pay (1) | ☐ Pay Weekly (1) |
| ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | C ☑ Hold St. Name (2) | ☑ Hold (7) | ☐ Pay Monthly (1) |
| ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | D | | ☑ Hold (4) |
| ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | E | | |
| ☐ $250,000 – $499,999 | ☐ $250,000 – $499,999 | ☐ $250,000 – $499,999 | F Principal & Maturity: ☑ Credit to Account | | ☐ Send Payment |
| ☐ $500,000 - $999,999 | ☐ $500,000 - $999,999 | ☐ $500,000 - $999,999 | G Process checks: ☐ Monthly ☐ Weekly | | |
| ☐ $1,000,000 - Over | ☐ $1,000,000 - Over | ☐ $1,000,000 - Over | H Money Market Sweeps: ☐ Yes / ☑ No – If Yes, List Fund: | | |

### Investment Experience:

| | Yrs. | Avg. Size | Avg. # P/Yr. |
|---|---|---|---|
| Options: | | | |
| Stocks: | | | |
| Bonds: | | | |
| Commodities: | | | |
| Other (specify): | | | |

### Type of Registration:

☐ Individual  /  ☐ Joint Community Property  /  ☐ Payable on Death (Individual)

☐ Joint Tenants In Entirety  /  ☐ Joint with Rights of Survivorship (except in LA)  /  ☐ Joint Tenants In Common

☐ Joint with Rights of Survivorship & Payable on Death (except in LA)  /  ☐ Transfer on Death

☐ UGMA/☐ UTMA (Provide DOB & SSN for minor): SSN_____ DOB_____

☐ Retirement Account – Type: _____  /  ☐ Foreign Non-Resident Alien  /  ☐ Resident Alien

☑ Other (Circle): (Corporate), LLC, Trust, Partnership, Estate, Non-Profit, Sole Proprietorship, Investment Club.

### Credit References:

| |
|---|
| Bank: |
| Branch: |
| Type of Acct.: |
| Broker: |

### Duplicate Confirmations:

Please send Duplicate confirms to the following address:

### Authorized Person:

If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer:

Is this a Discretionary account?   Yes   No   *(Circle One)*

### Customer and Authorized Person's Signature:

Primary Account Holder: (X)  _____  Date: 8/31/09

Secondary Account Holder: Luz Erika Julio  Date: _____

Authorized Person (if Applicable): _____  Date: _____

### Broker Use Only:

| | |
|---|---|
| Registered Rep Signature: | |
| Branch Manager Signature: | |
| Designated Officer Signature: | |

### Daytrading:

Approved for Day Trading Strategy? ☐ YES / ☐ NO

Was Daytrading Risk Disclosure Statement Delivered? ☐ YES / ☐ NO

Date Daytrading Disclosure was delivered:

# PENSON FINANCIAL SERVICES, INC.
## AND/OR BROKER DEALERS
## FOR WHICH IT CLEARS

### CUSTOMER ACCOUNT AGREEMENT

| Account Number: | Full Name and Address on Account | Social Security Number / Employment Identification Number |
|---|---|---|
| | Strotas Group Corp | |
| | | The TIN provided must match the name given to avoid backup withholding. |
| | Panama City Panama | |

**CERTIFICATION OF TAXPAYER ID NUMBER (SUBSTITUTE W-9)**
*(Please skip this section if you are not a U.S. Person for Tax Purposes)*

Check appropriate box(es): ☐ Individual/Sole Proprietor ☒ Corporation ☐ Partnership ☐ Other _____ ☐ Exempt from Backup Withholding

Under penalty of perjury I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) **and**
(2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement account (IRA), and payments other than interest and dividends).
(3) I am a U.S. person (including a U.S. resident alien).

Certification Instructions -- You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature: X   Date: 8/31/09

**DISCLOSURE OF NAME/ADDRESS ON SECURITIES YOU OWN**

Under rule 14b-1(c) of the Securities Exchange Act, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Please check below if you do not want your ownership disclosed. By not checking below, you acknowledge that your ownership information may be transmitted to a third party for the processing and reporting of such information.

✓ I object to the disclosure of such information

**AUTHORIZATION TO EARN INTEREST ON FUNDS AWAITING INVESTMENT**

This is to confirm my intention to reinvest cash credit balances held by you in my name, and I further confirm that this cash credit balance is being maintained with you solely for the purpose of reinvestment. I understand that cash balances of up to $100,000 are protected by the Securities Investor Protection Corporation (SIPC), but that SIPC coverage is not available for funds maintained solely for the purpose of earning interest.

**BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE CUSTOMER AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE OF THIS DOCUMENT. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT, THE INFORMATION BROCHURE PREPARED BY PENSON FINANCIAL SERVICES, INC., AND PENSON'S PRIVACY POLICY. THE UNDERSIGNED CERTIFIES THAT THE UNDERSIGNED HAS READ AND UNDERSTANDS ALL PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT BENEFITS PENSON FINANCIAL SERVICES, INC., INTRODUCING BROKERS FOR WHICH IT CLEARS AND PERSONS RELATED TO EACH OF THE FOREGOING. THE REVERSE SIDE OF THIS AGREEMENT, PARAGRAPH 8, CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE.**

**Important information about procedures for opening a new account:** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. **What this means to you:** when you open an account, we will ask for your name address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Date of Delivery of Privacy Policy: _____

**For Use by Individuals, including joint accounts:**

Signature: _____

Print Name: _____

Signature (Second Party, If Joint Account): _____

Print Name: _____

Date: _____

**For use by entity accounts only (i.e. corporations, partnerships, trusts):**

Is this account for a foreign bank? ☐ Yes ☒ No – If Yes, please list Agent for service of process: _____

Is this account for a foreign shell bank? ☐ Yes ☒ No.
Does this firm offer services to a foreign shell bank? ☐ Yes ☒ No

If you answered yes to any of the above questions, Corporation will need to complete Certification Regarding Correspondent Accounts.

Signature: X
Print Name: Luz Erika Julio
Title: _____   Date: _____

---

**1. Applicable Rules and Regulations.** All transactions shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, if any, upon which such transactions are executed, except as otherwise specifically provided in this Agreement.

**2. Definitions.** "Introducing broker" means any brokerage firm which introduces securities transactions on behalf of the undersigned, which transactions are cleared through you, whether one or more. "Obligations" means all indebtedness, debit balances, liabilities or other obligations of any kind of the undersigned to you, whether now existing or hereafter arising. "Securities and other property" shall include, but shall not be limited to, money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "You" or "your" refers to Penson Financial Services, Inc.

**3. Breach; Security Interest.** Whenever in your discretion you consider it necessary for your protection, or for the protection of the undersigned's introducing firm or in the event of, but not limited to; (i) any breach by the undersigned of this or any other agreement with you or (ii) the undersigned's failure to pay for securities and other property purchased or to deliver securities and other property sold, you may sell any or all securities and other property held in any of the undersigned's accounts (either individually or jointly with others), cancel or

Account No. _____

## PENSON FINANCIAL SERVICES, INCORPORATED
## AND/OR BROKER DEALERS FOR WHICH IT CLEARS

### CORPORATE ACCOUNT
(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, __Miriam B. De Gonzalez__, being the Secretary of __Panama City__ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _____ day of _____ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

**RESOLVED,** That the President, Vice President, Treasurer, or __Secretary__, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| | | | | | |
|---|---|---|---|---|---|
| **President:** | Name: Luz Erika Julio | | Signature: X | | |
| | SSN, Fed ID, Cedula, NIT# | | ID # | | |
| | ID Type: | Expiration Date: | | Issued By: | Issue Date: |
| **Vice President:** | Name: | | Signature: | | |
| | SSN, Fed ID, Cedula, NIT# | | ID # | | |
| | ID Type: | Expiration Date: | | Issued By: | Issue Date: |
| **Treasurer:** | Name: Vladimir Isaza | | Signature: X | | |
| | SSN, Fed ID, Cedula, NIT# | | ID # | | |
| | ID Type: | Expiration Date: | | Issued By: | Issue Date: |
| **Secretary:** | Name: Miriam B. De Gonzalez | | Signature: X | | |
| | SSN, Fed ID, Cedula, NIT# | | ID # | | |
| | ID Type: | Expiration Date: | | Issued By: | Issue Date: |

**I certify that I am the sole officer of the aforementioned corporation:** _____

Revised 6/2006
Corporate Account Agreement

Page 1 of 2

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of ~~StrotasGroup~~ and represents that it is not a ~~commodity pool operator~~. The Corporation is incorporated in Panama and has its principal place of business in Panama.
  Name of jurisdiction                                            Name of Jurisdiction

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES ___ NO ___; or a business offering services to a shell bank: YES ___ NO ___; or a foreign bank: YES ___ NO ___. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this _____ day of _____, 20___

SEAL

__NO Seal__
(If no seal, certify that there is no seal)

(X) _____
Secretary (or officer authorized to act)
Miriam B. De Gonzalez

Account No. _____

## PENSON FINANCIAL SERVICES, INCORPORATED
## AND/OR BROKER DEALERS FOR WHICH IT CLEARS

## CORPORATE ACCOUNT
(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, __Miriam B. De Gonzalez__, being the Secretary of __Strotas Group__ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the _____ day of _____ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED,

That the President, Vice President, Treasurer, or __Secretary__, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever; and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| | Name | Signature |
|---|---|---|
| President: | Luz Erika Julio | (X) |
| Vice President: | | (X) |
| Treasurer: | Vladimir Isaza | (X) |
| Secretary: | Miriam B. De Gonzalez | (X) |

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of __Strotas Group__ and represents that it is not a commodity pool operator. The Corporation is incorporated in __Panama__ and has its principal place of business in __Panama__.
Name of jurisdiction                  Name of jurisdiction

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES____ NO ✓ ; or a business offering services to a shell bank: YES____ NO ✓ ; or a foreign bank: YES____ NO ✓. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this _____ day of _____, 20___

SEAL
__NO Seal__
(If no seal, certify that there is no seal)

(X)_____
Secretary (or officer authorized to act)
__Miriam B. De Gonzalez__

Revised 6/02