# EXHIBIT 22

# Client Posting: wire in

| | | | | |
|---|---|---|---|---|
| Client account : | 3-652 | | STROTAS GROUP COR. | |
| Correspondent : | 500-110 | | ROYAL BANK OF CANADA - USD CHECKING | |
| Value date : | Nov 27, 2009 | | | |
| Amount : | 204,500.00 | | | |
| Description : | CLIENT'S WIRE RECEIVED INTO GGSI USD ACCOUNT. | | | |

| Account no : | Available date : | Check no : | Amount : | Description : |
|---|---|---|---|---|
| 363-652 | Dec 2, 2009 | 0 | -204,500.00 | WIRE IN<br>CLIENT'S WIRE RECEIVED INTO GGSI USD |
| 500-110 | Dec 1, 2009 | 0 | 204,500.00 | WIRE IN<br>CLIENT'S WIRE RECEIVED INTO GGSI USD |

## Transaction History

Accepted on: 12/1/2009 at 12:44:19
Authorized on: 12/1/2009 at 12:44:22

Current date : Dec 1, 2009

Entered by : PHYLLECEDEVEAUX28

Authorized by : PHYLLECEDEVEAUX28

V  ation & reference:

Transaction ID# : 55,471

Verified by: PJO

## Archiving Note

**CLIENT FILE COPY**
**Client account: 363-652**
**Client account name: STROTAS GROUP COR.**

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0001190

Attention :Dave Williams

Please be advised that a wire in the amount of $204,000.00 USD we recently sent from Strotas Group Corp at Scoottsdale Capital Advisors Inc. Please forward the credit to Strotas Group Corp account ▮▮▮▮LI4E at Gibraltar.
▮3-652

Thank You,

*[signature: Ben Kirk]*

Ben Kirk

Confidential pursuant to Securities and Exchange Act s.24(d).
DO NOT DISCLOSE TO CRIMINAL AUTHORITIES. Do not disclose to third parties except for purposes of SEC investigations and proceedings. Call OIA for further information at x16690.

SCB-0001191