# EXHIBIT 23

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | ████1815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $204500.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | roycbsns |
| Country | BAHAMAS |
| Bank Name | Royal Bank of Canada |
| Bank City | Nassau |
| Bank State | |
| Other Information | |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████9448 |
| Third Party | No |
| Beneficiary Name | Nassau |
| Beneficiary Address Line 1 | Bahamas |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | Yes |
| Name | STROTAS GROUP CORP |
| Account Number | ████2635 |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 11/23/2009 |
| Charge Non-Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____   11   23   2009
Signature                          ____/____/_____
                                   Date

● **Cash History** ●

████ **1815 - STROTAS GROUP CORP**

| Firm | Account | From | To | Filter |
|------|---------|------|----|--------|
| 07-Penson Financial Services, Inc. ████1815 | 11/23/2009 | 11/24/2009 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -204,600.00 |

**Cash History Detail**

2 ⬧   1 ⬧   3 ⬧

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|-----------|-------------|-------------|--------|----------|
| Cash | 11/23/2009 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 11/23/2009 | WIRE TRANSFER | Cash Journal | -204,500.00 | USD |

**• Balances •**

**█1815 - STROTAS GROUP CORP**

| Firm | Account | Date |
|---|---|---|
| 07-Penson Financial Services, Inc. | █1815 | 11/23/2009 |

**Trade Date Balances in USD**   613,807.82
**Settle Date Balances in USD**   558,893.99

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
|---|---|---|---|
| Cash | 11/23/2009 | 613,807.82 | 558,893.99 |



**Attention Angie Bruno:**

**Please wire** $204,500.00 From Strotas Group Corp Acct# ████ 1815

## WIRE INSTRUCTIONS USD

**Destination:**
**(IBK)**
CHASUS33
JP Morgan Chase Bank
270 Park Ave.
New York, New York 10117

**ABA:**
**Pay to Bank:**
0210000021
Acct No: ████ 8448
Royal Bank of Canada
Nassau Bahamas
**Swift:** ROYCBSNS

**Beneficiary:** Acct No: ████ 2635
Gibraltar Global Securities Inc.

**Further Credit to:** Strotas Group Corp ██ 3652

Regards,

### • Wire Transfer •

## Penson Account Information

| | |
|---|---|
| Account | ▮▮▮815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $60000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | ROYCBSNS |
| Country | BAHAMAS |
| Bank Name | ROYAL BANK OF CANADA |
| Bank City | NASSAU |
| Bank State | |
| Other Information | |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▮▮▮448 |
| Third Party | No |
| Beneficiary Name | NASSAU |
| Beneficiary Address Line 1 | BAHAMAS |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | Yes |
| Name | STROTAS GROUP CORP |
| Account Number | ▮▮▮2635 |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 01/07/2010 |
| Charge Non-Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

1   7   2010
_____/_____/_____
Date

## ● Cash History ●

### ▓▓▓815 - STROTAS GROUP CORP

| Firm | Account | From | To | Filter |
|------|---------|------|----|--------|
| 07-Penson Financial Services, Inc. | ▓▓815 | 01/07/2010 | 01/08/2010 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -60,100.00 |

**Cash History Detail**

2 ⬦          1 ⬦          3 ⬦

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|------------|-------------|-------------|--------|----------|
| Cash | 1/7/2010 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 1/7/2010 | WIRE TRANSFER | Cash Journal | -60,000.00 | USD |

## WIRE INSTRUCTIONS USD

**Destination:**                    CHASUS33
**(IBK)**                                        JP Morgan Chase Bank
                                                   270 Park Ave.
                                                   New York, New York 10117

**ABA:**                             0210000021
**Pay to Bank:**         Acct No:     ▮▮8448
                                                   Royal Bank of Canada
                                                   Nassau Bahamas
**Swift:**                            ROYCBSNS

**Beneficiary:**          Acct No:▮▮▮▮2635
                                              Gibraltar Global Securities Inc.

**Further to account: Strotas group Corp**
**Account#** ▮▮3 652

## Gibraltar Global Securities Inc.
214 Lagoon Court Sandyport P.O.Box SP 63886 Nassau, Bahamas

214 Lagoon Court Sandyport P.O.Box SP 63886 Nassau,Bahamas
Phone: 1 (242) 394-2553 Fax: 1(242) 327-8875
 HYPERLINK "http://www.ggsibahamas.com" www.ggsibahamas.com
                              HYPERLINK "mailto:info@ggsibahamas.com"

info@ggsibahamas.com

01/07

Penson

January 6 , 2010


Attention Ang,

Please wire  $60,000 USD from the following account:

Strotas group corp. account # ████1815 to the attached account info.


Thank you,

● **Balances** ●

### ████1815 - STROTAS GROUP CORP

| Firm | Account | Date |
| --- | --- | --- |
| 07-Penson Financial Services, Inc. | ████1815 | 01/07/2010 |

**Trade Date Balances in USD** 622,430.32
**Settle Date Balances in USD** 609,104.28

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
| --- | --- | --- | --- |
| Cash | 01/07/2010 | 622,430.32 | 609,104.28 |

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| Account | ████815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $70000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | ROYCBSNS |
| Country | BAHAMAS |
| Bank Name | ROYAL BANK OF CANADA |
| Bank City | NASSAU |
| Bank State | |
| Other Information | |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████2635 |
| Third Party | No |
| Beneficiary Name | GIBRALTAR GLOBAL SECURITIES |
| Beneficiary Address Line 1 | NASSAU |
| Beneficiary Address Line2 | BAHAMAS |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | Yes |
| Name | STROTAS GROUP CORP |
| Account Number | ██3652 |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 01/20/2010 |
| Charge Non-Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen
(hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and
without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____
Date   ( 20  2010

**• Cash History •**

**███1815 - STROTAS GROUP CORP**

| Firm | Account | From | To | Filter |
|------|---------|------|-----|--------|
| 07-Penson Financial Services, Inc. | ███815 | 01/20/2010 | 01/21/2010 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -70,100.00 |

**Cash History Detail**

2 ⟁  1 ⟁  3 ⟁

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|------------|-------------|-------------|--------|----------|
| Cash | 1/20/2010 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 1/20/2010 | WIRE TRANSFER | Cash Journal | -70,000.00 | USD |

01-20-2010

Acc# ████ 1815

$ 70,000

## WIRE INSTRUCTIONS USD

| | |
|---|---|
| Destination:<br>(IBK) | CHASUS33<br>JP Morgan Chase Bank<br>270 Park Ave.<br>New York, New York 10117 |
| ABA:<br>Pay to Bank: | 0210000021<br>Acct No: ████ 8448<br>Royal Bank of Canada<br>Nassau Bahamas |
| Swift: | ROYCBSNS |
| Beneficiary: | Acct No: ████ 2635<br>Gibraltar Global Securities Inc. |

Further to account: Strotas group Corp
Account# ██ 3 652

## Gibraltar Global Securities Inc.

214 Lagoon Court Sandyport P.O.Box SP 63886 Nassau, Bahamas

214 Lagoon Court Sandyport P.O.Box SP 63886 Nassau,Bahamas
Phone: 1 (242) 394-2553 Fax: 1(242) 327-8875
HYPERLINK "http://www.ggsibahamas.com" www.ggsibahamas.com
                        HYPERLINK "mailto:info@ggsibahamas.com"
info@ggsibahamas.com

● **Balances** ●

### ██ 1815 - STROTAS GROUP CORP

| Firm | Account | Date |
|------|---------|------|
| 07-Penson Financial Services, Inc. | ██ 1815 | 01/20/2010 |

**Trade Date Balances in USD**   838,496.63
**Settle Date Balances in USD**   838,496.63

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
|--------------|------|--------------------|--------------------|
| Cash | 01/20/2010 | 838,496.63 | 838,496.63 |

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| Account | █████1815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $990000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | fcibbbb2 |
| Country | BARBADOS |
| Bank Name | First Caribbean International Bank |
| Bank City | St Michael |
| Bank State | |
| Other Information | |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | █████5542 |
| Third Party | No |
| Beneficiary Name | STROTAS GROUP CORP |
| Beneficiary Address Line 1 | ATTN LUZ ERIKA ISAZA |
| Beneficiary Address Line2 | ████████████ |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 02/11/2010 |
| Charge Non-Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

2 / 11 / 2010
___/_____/_____
Date

## • Cash History •

### ▉ 1815 - STROTAS GROUP CORP

| Firm | | Account | From | To | Filter |
|------|--|---------|------|----|--------|
| 07-Penson Financial Services, Inc. | ▉1815 | | 02/10/2010 | 02/11/2010 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -990,100.00 |

**Cash History Detail**

2 ⬦    1 ⬦    3 ⬦

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|-----------|-------------|-------------|--------|----------|
| Cash | 2/11/2010 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 2/11/2010 | WIRE TRANSFER | Cash Journal | -990,000.00 | USD |

**Penson Financial Services**
*Member FINRA NYSE and SIPC*

1700 Pacific Avenue
Suite 1400
Dallas, Texas 75201
214.765.1100
www.penson.com

**FED WIRE REQUEST FORM**

Date: _02-11-2010_

Penson Financial Account Number: _____1815_

Amount of Transfer: $990,000⁰⁰

**Recipient Bank Information:**

Bank ABA Number: _____

Bank Name: FIRST CARIBEAN INTL

Bank City and State: ST. Michael

SWIFT Number (Foreign Wires Only): FCIBBBBZ

Country (Foreign Wires Only): Barbados

**Beneficiary Information:**

Customer's Name: Stratas Corp

Customer's Bank Account Number: _____5542

Customer's Address (Optional): Chamberlane Place, Barbados

**For Further Credit To:**

Name: _____

Account Number: _____

Customer Signature: _____

Customer Signature (Joint Account): _____

I agree to hold all parties acting on this request, including the Introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request

NOTARY SIGNATURE: _____
NOTARY SEAL: _____

**notary required for 3rd party transaction**

| Internal Use Only | | |
|---|---|---|
| Registered Principal Approval | Print Name | Title |
| | Signature | Date |

MGNS-wire request updated 7-29-09

● **Balances** ●

### ▋▋1815 - STROTAS GROUP CORP

| Firm | Account | Date |
|------|---------|------|
| 07-Penson Financial Services, Inc. | ▋▋815 | 02/11/2010 |

**Trade Date Balances in USD**  1,017,180.44
**Settle Date Balances in USD**  1,017,180.44

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
|--------------|------|--------------------|--------------------|
| Cash | 02/11/2010 | 1,017,180.44 | 1,017,180.44 |

11/02/10   10:34      HP LASERJET FAX                                    p.01

To: ANG'                          FACS': (760) 448·1801

NOTE: YES, DIFFERENT FIELDS THAN WE'VE SEEN, BUT THESE'LL SUFFICE.

**Penson Account Information**

| | |
|---|---|
| Account | ██ 1815 |
| Account Name | STROTA GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance No | |
| Amount | $ |

**Recipient Bank Information**

| | |
|---|---|
| Foreign Wire | (yes or no) | YES |
| SWIFT Number | | FCIBBBB2 |
| Country | | BARBADOS |
| Bank Name | | FIRST CARIBBEAN INTERNATIONAL |
| Bank City | | ST. MICHAEL |
| Bank State | | |
| Other Information | | |

**Beneficiary Information**

| | |
|---|---|
| Bank Account Number | ████████ 542 |
| Beneficiary Name | DGM BANK & TRUST INC. (ACCOUNT █ 596) |
| Beneficiary Address Line 1 | CHAMBERLANE PLACE, BROAD STREET |
| Beneficiary Address Line2 | BRIDGETOWN, BARBADOS |

**For Further Credit To**

| | |
|---|---|
| Intermediate Account | |
| Name | |
| Account Number | |

02/11/2010 THU 8:14 FAX                                                    ☑002/002

STROTAS:

Payee Bank: Wachovia Bank, N.A., New York, USA
SWIFT: PNBPUS3NNYC
ABA: 026 005 092

*Beneficary* — For further credit to: First Caribbean International Bank (Offshore) Limited, FCIB Building, Warrens, St Michael, Barbados
SWIFT: FCIBBBB2
Account Number: ███5542

*Beneficary* — For further credit to: DGM Bank & Trust Inc. – Operating Account
Account # ███3733
**Reference: Strotas Group Corp., account #█3596**   NOTE

Attention:ANG

Please wire all available funds from Strotas Group Corp.
account # ████1815 to the attached account.

Thank You,

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| Account | ███1815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $1016900.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | FCIBBBB2 |
| Country | BARBADOS |
| Bank Name | First Caribbean International |
| Bank City | St. Michael |
| Bank State | |
| Other Information | |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ███5542 |
| Third Party | No |
| Beneficiary Name | DGM Bank & Trust |
| Beneficiary Address Line 1 | Bridgetown |
| Beneficiary Address Line2 | Barbados |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | Yes |
| Name | STROTAS GROUP CORP |
| Account Number | ██3596 |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 02/18/2010 |
| Charge Non-Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

2  18  2010
_____/_____/_____
Date

● **Cash History** ●

### ▮▮▮▮1815 - STROTAS GROUP CORP

| Firm | Account | From | To | Filter |
|------|---------|------|-----|--------|
| 07-Penson Financial Services, Inc. | ▮815 | 02/17/2010 | 02/18/2010 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -1,017,000.00 |

**Cash History Detail**

2 ◇   1 ◇   3 ◇

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|-----------|-------------|-------------|--------|----------|
| Cash | 2/18/2010 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 2/18/2010 | WIRE TRANSFER | Cash Journal | -1,016,900.00 | USD |



2/18



**Penson Financial Services**
*Member FINRA, NYSE and SIPC*

1700 Pacific Avenue
Suite 1400
Dallas, Texas 75201
214.765.1100
www.penson.com

FED WIRE REQUEST FORM

Date: _2·17·2010_

Penson Financial Account Number: ▓▓▓ 1815

Amount of Transfer: 1,016,900.⁰⁰

Recipient Bank Information:

Bank ABA Number: n/a

Bank Name: First Caribbean Int'l

Bank City and State: St. Michael, Barbados

SWIFT Number (Foreign Wires Only): FCIBBBB2

Country (Foreign Wires Only): Barbados

Beneficiary Information:

Customer's Name: DGM Bank + Trust Inc.

Customer's Bank Account Number: ▓▓▓▓ 5542

Customer's Address (Optional): Bridgetown, Barbados

For Further Credit To:

Name: Stroras Group

Account Number: ▓▓ 3596

Customer Signature: ① Qz & Julio P.

Customer Signature (Joint Account): 

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses (including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

NOTARY SIGNATURE: _____

NOTARY SEAL:

**notary required for all 3rd party transactions**

**Internal Use Only**

Registered Principal Approval

MGNS-wire request updated 7-29-09

● **Balances** ●

### ▉▉▉815 - STROTAS GROUP CORP

| Firm | Account | Date |
|------|---------|------|
| 07-Penson Financial Services, Inc. | ▉▉815 | 02/18/2010 |

**Trade Date Balances in USD**   1,017,005.44
**Settle Date Balances in USD**   1,017,005.44

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
|--------------|------|--------------------|--------------------|
| Cash | 02/18/2010 | 1,017,005.44 | 1,017,005.44 |

**• Wire Transfer •**

## Penson Account Information

| | |
|---|---|
| Account | ███815 |
| Account Name | STROTAS GROUP CORP |
| Account Type | 1 - Cash |
| Account Balance | No |
| Amount | $823564.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Foreign Wire | Yes |
| SWIFT Number | FCIBBB |
| Country | BARBADOS |
| Bank Name | First Caribbean |
| Bank City | Barbados |
| Bank State | |
| Other Information | |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ███5542 |
| Third Party | No |
| Beneficiary Name | DGM Bank and Trust Inc |
| Beneficiary Address Line 1 | Bridgetown |
| Beneficiary Address Line2 | Barbados |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | Yes |
| Name | STROTAS GROUP CORP |
| Account Number | █8596 |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 04/06/2010 |
| Charge Non-Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Non-Domestic Wire Fee | 100.00 |
| Total Fees | 100.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agen (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_(signature)_                                           4  6  2010

_____                        ___/___/___
Signature                                                   Date

**▮▮▮1815 - STROTAS GROUP CORP**

| Firm | Account | From | To | Filter |
|------|---------|------|-----|--------|
| 07-Penson Financial Services, Inc. | ▮▮1815 | 04/06/2010 | 04/06/2010 | Exclude Sweeps |

**Cash History Totals**

| Currency | Amount |
|----------|--------|
| USD | -823,664.00 |

**Cash History Detail**

2 ⬦      1 ⬦      3 ⬦

| Account Type | Entry Date | Description | Transaction | Amount | Currency |
|--------------|------------|-------------|-------------|--------|----------|
| Cash | 4/6/2010 | INTL WIRE FEE | Cash Journal | -100.00 | USD |
| Cash | 4/6/2010 | WIRE TRANSFER | Cash Journal | -823,564.00 | USD |

**Penson Financial Services.**
*Member FINRA, NYSE and SIPC*
1700 Pacific Avenue
Suite 1400
Dallas, Texas 75201
214.765.1100
www.penson.com

FED WIRE REQUEST FORM

Date: 4-6-10

Penson Financial Account Number: ▓▓ 1815

Amount of Transfer: # 823,564

Recipient Bank Information:

Bank ABA Number: n/a

Bank Name: First Caribbean Int'l

Bank City and State: St. Michael, Barbados

SWIFT Number (Foreign Wires Only): FCIBBBB2

Country (Foreign Wires Only): Barbados

Beneficiary Information:

Customer's Name: DGM Bank & Trust Inc.

Customer's Bank Account Number: ▓▓ 3542

Customer's Address (Optional): Bridgetown, Barbados

For Further Credit To:

Name: Strotas Group

Account Number: ▓ 3596

Customer Signature: (A) Org. & Julio P.

Customer Signature (Joint Account): _____

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request

NOTARY SIGNATURE: _____
NOTARY SEAL:
**Notary required for all 3rd party transactions**

Internal Use Only

MGNS-wire request updated 7-29-09

● **Balances** ●

**█████1815 - STROTAS GROUP CORP**

| Firm | Account | Date |
|------|---------|------|
| 07-Penson Financial Services, Inc. | ████815 | 04/06/2010 |

**Trade Date Balances in USD**  823,664.22
**Settle Date Balances in USD**  823,664.22

**Balance Detail in USD**

| Account Type | Date | Trade Date Balance | Settle Date Balance |
|--------------|------|--------------------|---------------------|
| Cash | 04/06/2010 | 823,664.22 | 823,664.22 |