# EXHIBIT 24

**1815 - STROTAS GROUP CORP**

| AccountTy | TradeDate | SettlementDate | ExecutionTim | TradeNum | Cusip | Symbol | ShortDescription | BuySellCod | Quantity | Price | PrincipalA | Commissic | OtherCom | NetAmour | CurrencyCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 3/24/2010 | 3/29/2010 | 104546 | NBZ45 | 69404A104 | PBEC | PACIFIC BLUE EN | S | -123000 | 0.5346 | 65755.8 | 2564.48 | 96.09 | 63095.23 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 133051 | NC3MC | 69404A104 | PBEC | PACIFIC BLUE EN | S | -30000 | 0.46 | 13800 | 538.2 | 32.44 | 13229.36 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 133212 | NC3G9 | 69404A104 | PBEC | PACIFIC BLUE EN | S | -30000 | 0.4653 | 13959 | 544.4 | 32.43 | 13382.17 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 133320 | NC35P | 69404A104 | PBEC | PACIFIC BLUE EN | S | -30000 | 0.4752 | 14256 | 555.98 | 32.44 | 13667.58 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 141357 | NC3GB | 69404A104 | PBEC | PACIFIC BLUE EN | S | -30000 | 0.4851 | 14553 | 567.57 | 32.44 | 13952.99 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 155940 | NC3MD | 69404A104 | PBEC | PACIFIC BLUE EN | S | -50000 | 0.5 | 25000 | 975 | 34.07 | 23990.93 | USD |
| Cash | 3/17/2010 | 3/22/2010 | 160229 | NC3ME | 69404A104 | PBEC | PACIFIC BLUE EN | S | -30000 | 0.472 | 14160 | 552.24 | 32.43 | 13575.33 | USD |
| Cash | 3/15/2010 | 3/18/2010 | 160123 | NCBSJ | 69404A104 | PBEC | PACIFIC BLUE EN | S | -1507000 | 0.4624 | 696836.8 | 27176.64 | 796.1 | 668864.1 | USD |
| Cash | 3/12/2010 | 3/17/2010 | 144014 | NBUG6 | 740168109 | PRMX | PRECIOUS METALS | S | -5800 | 0.035 | 203 | 1 | 30.45 | 171.55 | USD |
| Cash | 2/2/2010 | 2/5/2010 | 132750 | NCMW8 | 892652108 | TSHO | TRADESHOW MARKE | S | -181991 | 0.85 | 154692.4 | 6033 | 126.72 | 148532.6 | USD |
| Cash | 2/1/2010 | 2/4/2010 | 155501 | NC9SA | 892652108 | TSHO | TRADESHOW MARKE | S | -65000 | 0.786 | 51090 | 1992.51 | 34.4 | 49063.09 | USD |
| Cash | 1/25/2010 | 1/28/2010 | 141720 | NF2SY | 740168109 | PRMX | PRECIOUS METALS | S | -45280 | 0.119 | 5388.32 | 210.14 | 33.51 | 5144.67 | USD |
| Cash | 1/20/2010 | 1/25/2010 | 105031 | ND1PO | 892652108 | TSHO | TRADESHOW MARKE | S | -30000 | 0.76333 | 22899.99 | 893.1 | 32.55 | 21974.34 | USD |
| Cash | 1/20/2010 | 1/25/2010 | 153921 | ND1MN | 892652108 | TSHO | TRADESHOW MARKE | S | -33000 | 0.76 | 25080 | 978.12 | 32.8 | 24069.08 | USD |
| Cash | 1/12/2010 | 1/15/2010 | 105120 | NCBIA | 892652108 | TSHO | TRADESHOW MARKE | S | -51000 | 0.7682 | 39178.2 | 1527.95 | 34.76 | 37615.49 | USD |
| Cash | 1/12/2010 | 1/15/2010 | 105151 | NCBO4 | 892652108 | TSHO | TRADESHOW MARKE | S | -99000 | 0.7682 | 76051.8 | 2966.02 | 35.71 | 73050.07 | USD |
| Cash | 1/12/2010 | 1/15/2010 | 131619 | NCBO6 | 892652108 | TSHO | TRADESHOW MARKE | S | -99000 | 0.792 | 78408 | 3057.91 | 35.77 | 75314.32 | USD |
| Cash | 1/12/2010 | 1/15/2010 | 135741 | NCBM4 | 892652108 | TSHO | TRADESHOW MARKE | S | -51000 | 0.7921 | 40397.1 | 1575.49 | 34.79 | 38786.82 | USD |
| Cash | 1/12/2010 | 1/15/2010 | 160335 | NCBM5 | 892652108 | TSHO | TRADESHOW MARKE | S | -19981 | 0.796 | 15904.88 | 620.29 | 31.91 | 15252.68 | USD |
| Cash | 1/11/2010 | 1/14/2010 | 132445 | NCM5S | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.753 | 37650 | 1468.35 | 34.72 | 36146.93 | USD |
| Cash | 1/5/2010 | 1/8/2010 | 154819 | NC1SE | 892652108 | TSHO | TRADESHOW MARKE | S | -20000 | 0.695 | 13900 | 542.1 | 31.86 | 13326.04 | USD |
| Cash | 12/16/2009 | 12/21/2009 | 105200 | NC4V7 | 892652108 | TSHO | TRADESHOW MARKE | S | -4333 | 0.8 | 3466.4 | 135.19 | 30.42 | 3300.79 | USD |
| Cash | 12/14/2009 | 12/17/2009 | 94223 | NBXZ0 | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.83 | 41500 | 1618.5 | 34.82 | 39846.68 | USD |
| Cash | 12/14/2009 | 12/17/2009 | 102410 | NBYCG | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.84 | 42000 | 1638 | 34.83 | 40327.17 | USD |
| Cash | 12/14/2009 | 12/17/2009 | 122019 | NBY30 | 892652108 | TSHO | TRADESHOW MARKE | S | -18500 | 0.8415 | 15567.75 | 607.14 | 31.8 | 14928.81 | USD |
| Cash | 12/10/2009 | 12/15/2009 | 155928 | NBY8U | 892652108 | TSHO | TRADESHOW MARKE | S | -64400 | 0.75306 | 48497 | 1891.38 | 35 | 46570.62 | USD |
| Cash | 12/9/2009 | 12/14/2009 | 122321 | NBVK6 | 892652108 | TSHO | TRADESHOW MARKE | S | -10000 | 0.795 | 7950 | 310.05 | 30.96 | 7608.99 | USD |
| Cash | 12/9/2009 | 12/14/2009 | 160313 | NBVEZ | 892652108 | TSHO | TRADESHOW MARKE | S | -20000 | 0.795 | 15900 | 620.1 | 31.91 | 15247.99 | USD |
| Cash | 12/7/2009 | 12/10/2009 | 111628 | NBZCV | 892652108 | TSHO | TRADESHOW MARKE | S | -1400 | 0.8 | 1120 | 75 | 30.14 | 1014.86 | USD |
| Cash | 12/4/2009 | 12/9/2009 | 151520 | NCKL3 | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.76 | 38000 | 1482 | 34.73 | 36483.27 | USD |
| Cash | 12/2/2009 | 12/7/2009 | 135325 | NBU3N | 740168109 | PRMX | PRECIOUS METALS | B | 99900 | 0.05 | -4995 | 194.81 | 30 | -5219.81 | USD |
| Cash | 11/19/2009 | 11/24/2009 | 94241 | NBWGP | 69841F203 | PGCX | PANGENEX CORP | S | -100000 | 0.55 | 55000 | 1 | 85.17 | 54913.83 | USD |
| Cash | 11/18/2009 | 11/23/2009 | 95049 | NBKPH | 892652108 | TSHO | TRADESHOW MARKE | S | -3814 | 0.74 | 2822.36 | 110.07 | 30.37 | 2681.92 | USD |
| Cash | 11/17/2009 | 11/20/2009 | 112329 | NC2S2 | 892652108 | TSHO | TRADESHOW MARKE | S | -150000 | 0.69836 | 104754 | 4085.41 | 111.45 | 100557.1 | USD |
| Cash | 11/17/2009 | 11/20/2009 | 134540 | NC1XO | 892652108 | TSHO | TRADESHOW MARKE | S | -30800 | 0.735 | 22638 | 882.88 | 32.9 | 21722.22 | USD |
| Cash | 11/12/2009 | 11/17/2009 | 131224 | NC0XD | 69841F203 | PGCX | PANGENEX CORP | B | 50000 | 0.52 | -26000 | 1014 | 30 | -27044 | USD |
| Cash | 11/12/2009 | 11/17/2009 | 135542 | NC0MY | 69841F203 | PGCX | PANGENEX CORP | B | 50000 | 0.56 | -28000 | 560 | 30 | -28590 | USD |
| Cash | 11/11/2009 | 11/16/2009 | 94326 | NBO9U | 892652108 | TSHO | TRADESHOW MARKE | S | -30000 | 0.64 | 19200 | 748.8 | 32.75 | 18418.45 | USD |
| Cash | 11/11/2009 | 11/16/2009 | 160749 | NBOA5 | 892652108 | TSHO | TRADESHOW MARKE | S | -30000 | 0.6534 | 19602 | 764.48 | 32.76 | 18804.76 | USD |
| Cash | 11/10/2009 | 11/16/2009 | 110219 | NBP3Z | 892652108 | TSHO | TRADESHOW MARKE | S | -8071 | 0.63 | 5084.73 | 198.3 | 30.75 | 4855.68 | USD |
| Cash | 11/10/2009 | 11/16/2009 | 124039 | NBPDL | 892652108 | TSHO | TRADESHOW MARKE | S | -20000 | 0.64 | 12800 | 499.2 | 31.83 | 12268.97 | USD |
| Cash | 11/10/2009 | 11/16/2009 | 124713 | NBPDM | 892652108 | TSHO | TRADESHOW MARKE | S | -10000 | 0.65 | 6500 | 253.5 | 30.92 | 6215.58 | USD |
| Cash | 11/10/2009 | 11/16/2009 | 160454 | NBPDR | 892652108 | TSHO | TRADESHOW MARKE | S | -35175 | 0.6415 | 22564.76 | 880.03 | 33.22 | 21651.51 | USD |
| Cash | 11/9/2009 | 11/13/2009 | 93555 | NBVMN | 892652108 | TSHO | TRADESHOW MARKE | S | -30000 | 0.63 | 18900 | 737.1 | 32.74 | 18130.16 | USD |
| Cash | 11/9/2009 | 11/13/2009 | 120238 | NBVMP | 892652108 | TSHO | TRADESHOW MARKE | S | -3600 | 0.64 | 2304 | 89.86 | 30.33 | 2183.81 | USD |
| Cash | 11/9/2009 | 11/13/2009 | 161759 | NBVN0 | 892652108 | TSHO | TRADESHOW MARKE | S | -34365 | 0.6435 | 22113.88 | 862.44 | 33.15 | 21218.29 | USD |
| Cash | 11/6/2009 | 11/12/2009 | 105626 | NBSEJ | 892652108 | TSHO | TRADESHOW MARKE | S | -48700 | 0.61 | 29707 | 1158.57 | 34.43 | 28514 | USD |

| Cash | 11/6/2009 | 11/12/2009 | 155428 | NBSEL | 892652108 | TSHO | TRADESHOW MARKE | S | -12270 | 0.62 | 7607.4 | 296.69 | 31.13 | 7279.58 | USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 11/5/2009 | 11/10/2009 | 95806 | NBZW4 | 892652108 | TSHO | TRADESHOW MARKE | B | 20000 | 0.4862 | -9723.9 | 379.23 | 30 | -10133.1 | USD |
| Cash | 11/5/2009 | 11/10/2009 | 100535 | NC03S | 892652108 | TSHO | TRADESHOW MARKE | B | 20000 | 0.499 | -9980 | 389.22 | 30 | -10399.2 | USD |
| Cash | 11/5/2009 | 11/10/2009 | 101527 | NC0C5 | 892652108 | TSHO | TRADESHOW MARKE | B | 20000 | 0.5 | -10000 | 390 | 30 | -10420 | USD |
| Cash | 11/5/2009 | 11/10/2009 | 160926 | NC03U | 892652108 | TSHO | TRADESHOW MARKE | B | 5000 | 0.495 | -2475 | 96.53 | 30 | -2601.53 | USD |
| Cash | 11/3/2009 | 11/6/2009 | 161605 | NC262 | 892652108 | TSHO | TRADESHOW MARKE | S | -7100 | 0.5929 | 4209.59 | 164.17 | 30.65 | 4014.77 | USD |
| Cash | 10/29/2009 | 11/3/2009 | 160422 | NCDQR | 892652108 | TSHO | TRADESHOW MARKE | S | -10985 | 0.6336 | 6960.1 | 271.44 | 31.01 | 6657.65 | USD |
| Cash | 10/28/2009 | 11/2/2009 | 123014 | NCF4X | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.653 | 32650 | 1273.35 | 34.59 | 31342.06 | USD |
| Cash | 10/28/2009 | 11/2/2009 | 134032 | NCF36 | 892652108 | TSHO | TRADESHOW MARKE | S | -5000 | 0.645 | 3225 | 125.78 | 30.47 | 3068.75 | USD |
| Cash | 10/22/2009 | 10/27/2009 | 160842 | NCKB0 | 892652108 | TSHO | TRADESHOW MARKE | S | -41700 | 0.7425 | 30962.25 | 1207.53 | 33.93 | 29720.79 | USD |
| Cash | 10/21/2009 | 10/26/2009 | 150018 | NCUJI | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.725 | 36250 | 1413.75 | 34.69 | 34801.56 | USD |
| Cash | 10/14/2009 | 10/19/2009 | 94506 | NCGCL | 892652108 | TSHO | TRADESHOW MARKE | S | -74915 | 0.5653 | 42349.45 | 1651.63 | 34.84 | 40662.98 | USD |
| Cash | 10/14/2009 | 10/19/2009 | 105752 | NCGH8 | 892652108 | TSHO | TRADESHOW MARKE | S | -97500 | 0.56 | 54600 | 2129.4 | 35.16 | 52435.44 | USD |
| Cash | 10/14/2009 | 10/19/2009 | 114559 | NCGH9 | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.5671 | 28355 | 1105.85 | 34.48 | 27214.67 | USD |
| Cash | 10/13/2009 | 10/16/2009 | 120617 | NCBHV | 892652108 | TSHO | TRADESHOW MARKE | S | -50000 | 0.52 | 26000 | 1014 | 34.42 | 24951.58 | USD |
| Cash | 10/13/2009 | 10/16/2009 | 160230 | NCBHY | 892652108 | TSHO | TRADESHOW MARKE | S | -34700 | 0.524 | 18182.8 | 709.13 | 33.08 | 17440.59 | USD |
| Cash | 10/12/2009 | 10/15/2009 | 94551 | NC157 | 892652108 | TSHO | TRADESHOW MARKE | S | -40000 | 0.51 | 20400 | 795.6 | 33.53 | 19570.87 | USD |
| Cash | 10/7/2009 | 10/13/2009 | 93610 | NBYD3 | 892652108 | TSHO | TRADESHOW MARKE | S | -11000 | 0.57 | 6270 | 244.53 | 31 | 5994.47 | USD |
| Cash | 10/7/2009 | 10/13/2009 | 160034 | NBY76 | 892652108 | TSHO | TRADESHOW MARKE | S | -93000 | 0.5352 | 49773.6 | 1941.17 | 35.03 | 47797.4 | USD |
| Cash | 10/6/2009 | 10/9/2009 | 160308 | NCKTK | 892652108 | TSHO | TRADESHOW MARKE | S | -33700 | 0.5625 | 18956.25 | 739.29 | 33.02 | 18183.94 | USD |

**1765 - IRISH DELTA INC**

| AccountTy | TradeDate | SettlementDate | ExecutionTin | TradeNum | Cusip | Symbol | ShortDescription | BuySellCo | Quantity | Price | PrincipalA | Commissic | OtherCom | NetAmount | CurrencyCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 3/25/2010 | 3/30/2010 | 160200 | NCC4H | 69404A104 | PBEC | PACIFIC BLUE EN | S | -568950 | 0.59112 | 336317.7 | 13116.39 | 322.51 | 322878.82 | USD |
| Cash | 3/24/2010 | 3/29/2010 | 160212 | NBZ42 | 69404A104 | PBEC | PACIFIC BLUE EN | S | -690200 | 0.54401 | 375475.7 | 14643.55 | 383.62 | 360448.53 | USD |
| Cash | 3/23/2010 | 3/26/2010 | 93414 | NC0FM | 69404A104 | PBEC | PACIFIC BLUE EN | S | -99900 | 0.52 | 51948 | 2025.97 | 38.19 | 49883.84 | USD |
| Cash | 3/23/2010 | 3/26/2010 | 154717 | NC0FO | 69404A104 | PBEC | PACIFIC BLUE EN | S | -99900 | 0.5247 | 52417.53 | 2044.28 | 34.42 | 50338.83 | USD |
| Cash | 3/23/2010 | 3/26/2010 | 160512 | NC0FP | 69404A104 | PBEC | PACIFIC BLUE EN | S | -16600 | 0.5247 | 8710.02 | 339.69 | 31.37 | 8338.96 | USD |
| Cash | 3/22/2010 | 3/25/2010 | 93906 | NC0E4 | 69404A104 | PBEC | PACIFIC BLUE EN | S | -50000 | 0.51 | 25500 | 994.5 | 34.12 | 24471.38 | USD |
| Cash | 3/22/2010 | 3/25/2010 | 160049 | NC0JB | 69404A104 | PBEC | PACIFIC BLUE EN | S | -17500 | 0.5247 | 9182.25 | 358.11 | 31.44 | 8792.7 | USD |
| Cash | 3/19/2010 | 3/24/2010 | 140359 | NC9IA | 69404A104 | PBEC | PACIFIC BLUE EN | S | -61300 | 0.51 | 31263 | 1219.26 | 35.05 | 30008.69 | USD |
| Cash | 3/18/2010 | 3/23/2010 | 155842 | NBUOX | 69404A104 | PBEC | PACIFIC BLUE EN | S | -225000 | 0.4951 | 111397.5 | 4344.5 | 147.67 | 106905.33 | USD |
| Cash | 3/12/2010 | 3/17/2010 | 143635 | NBUBJ | 69404A104 | PBEC | PACIFIC BLUE EN | S | -650 | 0.3 | 195 | 1 | 30.06 | 163.94 | USD |
| Cash | 2/10/2010 | 2/16/2010 | 111548 | NBM42 | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -40000 | 1.4268 | 57072 | 2739 | 33.73 | 54299.27 | USD |
| Cash | 2/10/2010 | 2/16/2010 | 133408 | NBMC3 | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -20000 | 1.44 | 28800 | 1123.2 | 31.87 | 27644.93 | USD |
| Cash | 2/9/2010 | 2/12/2010 | 103350 | NBDDC | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -35948 | 1.4276 | 51319.36 | 2463 | 33.36 | 48823 | USD |
| Cash | 2/9/2010 | 2/12/2010 | 123800 | NBDDE | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -25000 | 1.5 | 37500 | 1800 | 32.36 | 35667.64 | USD |
| Cash | 2/9/2010 | 2/12/2010 | 124224 | NBDI1 | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -115000 | 1.52 | 174800 | 8390 | 93.47 | 166316.53 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 123418 | NBJJU | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.385 | 138361.5 | 5396.1 | 35.51 | 132929.89 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 123842 | NBJLY | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.385 | 138361.5 | 6641 | 35.51 | 131684.99 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 123914 | NBJM0 | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.385 | 138361.5 | 6641 | 35.51 | 131684.99 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 123955 | NBJM1 | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.385 | 138361.5 | 6641 | 35.51 | 131684.99 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 124200 | NBJJX | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -30400 | 1.385 | 42104 | 1978 | 32.82 | 40093.18 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 153921 | NBJJZ | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.465 | 146353.5 | 7025 | 35.61 | 139292.89 | USD |
| Cash | 2/8/2010 | 2/11/2010 | 154008 | NBJSE | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -99900 | 1.46512 | 146365.5 | 7025 | 35.8 | 139304.7 | USD |
| Cash | 2/5/2010 | 2/10/2010 | 112838 | NCYTN | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -563000 | 1.27766 | 719320 | 28053.47 | 326.88 | 690939.65 | USD |
| Cash | 2/4/2010 | 2/9/2010 | 110741 | NBXYU | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -24900 | 1.08 | 26892 | 1048.79 | 32.22 | 25810.99 | USD |
| Cash | 2/4/2010 | 2/9/2010 | 134708 | NBYMB | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -220000 | 1.05 | 231000 | 9009 | 146.69 | 221844.31 | USD |
| Cash | 2/4/2010 | 2/9/2010 | 150538 | NBYVT | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -3337 | 1.13 | 3770.81 | 147.06 | 30.31 | 3593.44 | USD |
| Cash | 2/4/2010 | 2/9/2010 | 160750 | NBYVY | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -37800 | 1.10781 | 41875.22 | 1633.13 | 33.38 | 40208.71 | USD |
| Cash | 2/3/2010 | 2/8/2010 | 155915 | NB8IX | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -237000 | 0.947 | 224439 | 8753.12 | 155.11 | 215530.77 | USD |
| Cash | 2/2/2010 | 2/5/2010 | 160343 | NCKXO | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -47000 | 0.902 | 42394 | 1653.37 | 34.07 | 40706.56 | USD |
| Cash | 1/21/2010 | 1/26/2010 | 142015 | NDZ2Q | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -215 | 0.741 | 159.32 | 1 | 30.03 | 128.29 | USD |
| Cash | 10/13/2009 | 10/16/2009 | 104457 | NCBHT | 8.93E+08 | TSHO | TRADESHOW MARKE | S | -1000 | 0.49 | 490 | 75 | 30.1 | 384.9 | USD |

**$3,380,805.64**