# EXHIBIT 48

*RCP 2101*

*no account may be opened without a copy of a valid form of picture indentification*



# ALPINE SECURITIES
*Stock Brokerage & Investment Company*

**CUSTOMER ACCOUNT INFORMATION**

| Account Name | | | SSN/Tax ID Number |
|---|---|---|---|
| *Kita-Kaine Investment Holdings Company LTD* | | | |
| Marital Status (Please Check) | Number of Dependents | Citizenship | Date of Birth (MM/DD/YYYY) |
| ☐ Single ☐ Married ☐ Divorced ☐ Widowed | | | *exp: 10/14/10* |

| Joint Tennant Name (If Applicable) | | | ber |
|---|---|---|---|
| *John Kirk , President* | | | *3649* |
| Marital Status (Please Check) | Number of Dependents | Citizenship | Date of Birth (MM/DD/YYYY) |
| ☐ Single ☑ Married ☐ Divorced ☐ Widowed | *4* | *Canadian* | |

| Home Address | City | State | Zip Code |
|---|---|---|---|
| *1705 1050 Burrard St* | *Vancouver* | *BC* | *Can* |
| Mailing Address (if different from above): | City | State | Zip Code |
| *Same above* | | | *V6Z2S3* |

| Daytime Phone | Cell Phone | Fax |
|---|---|---|
| *604.288.7512* | *778.318.6683* | |

Email Address
*Johnkirk123@hotmail.com*

By providing your email address, you hereby authorize Alpine to send all statements, trade confirmations, and any other official communication which you may require to this email address.

**I would like the proceeds of sales:**
☐ Sent in the form of a check.   ☑ Held in a money market account.   ☐ Sent as a wire transfer (send instructions).

| Employer Name | | | |
|---|---|---|---|
| *Kita-Kaine Investments Holdings* | | | *CEO* |
| Address | City | State | Zip Code |

## Affiliations and Acknowledgements

Do you have a securities license or are you affiliated with any stock exchange?
☐ Yes (see below)   ☑ No
Firm Name                          Location (City, State)

**Banking**
Bank Name:                         Location (City, State)
*Royal Bank of Canada*
*Vancouver BC*

## Other Accounts

Do you currently maintain an account with another brokerage or investment firm?
☑ Yes (see below)   ☐ No
Firm Name                          Location (City, State)
*alpine*

**Information Release**
In order to comply with SEC regulations, we require your permission to release your account information to issuers.
We will assume Yes if left blank.
☑ Yes   ☐ No

The following is an entire list of the public companies in which I am:
(1) An officer or director;
(2) A holder, directly or indirectly, of 5% or more equity interest.
(3) A corporate "insider," "controlling person," member of a controlling group or representative of a corporate insider, controlling person or group.
(Use the back of this paper if more room is needed. If none, write "none.")

| Company | Title | # Of Shares Owned |
|---|---|---|
| *none* | | |
| Company | Title | # Of Shares Owned |
| | | |

Name

Acct. #

# Suitabillity Determination

Alpine Securities will use the following information to determine your sutiabillity as per the 15-g rules set forth by The United States Securities and Exchange Commission.

## Financial Information

Annual Income:
☐ $0 - $25,000
☐ $25,000 - $50,000
☐ $50,000 - $100,000
☐ $100,000 - $200,000
☒ Over $200,000

Net Worth
☐ $0 - $25,000
☐ $25,000 - $100,000
☐ $100,000 - $500,000
☒ $500,000 - $1,000,000
☐ $Over 1,000,000

Liquid Net Worth
☐ $0 - $25,000
☐ $25,000 - $100,000
☒ $100,000 - $500,000
☐ $500,000 - $1,000,000
☐ Over $1,000,000

## Personal Assets:

50 % Stock
0 % Bonds
10 % Cash
___ % Real Estate
30 % Business
10 % Other

## Tax Bracket

Please check:
☐ 15%
☐ 20%
☐ 25%
☐ 28%
☐ 33%
☒ 35% +

## Investment Objectives

☒ Speculation
☐ Growth
☐ Income
☐ Tax Advantage
☐ Safety of Principle
☐ Other:
_____

## Experience

Please fill in amount (in years) of experience with each:

20 Stocks
___ Bonds
___ Options
___ Commodities

## Education:

Please fill in number of years attended:

✓ High School

___ College (Undergraduate)

___ College (Graduate)

Have you attended any business classes or investor training?

☒ Yes   ☐ No

If Yes, please list institutions where classes were attended in the space below:

_____
_____

## PLEASE READ BEFORE SIGNING

### Certification:

Under penalties of perjury, I certify that I have previously received a Blk Disclosure Document explaining important informati    on about designated securities. Furthermore, the undersigned hereby represent(s) that he/she has read the terms and conditions of the Cash Account Agreement, including the reverse side thereof, and agrees to be bound, jointly and severally, to all the terms and conditions. The undersigned further affirms he/she is not acting as a nominee. The undersigned agree(s) to notify Alpine Securities if any of the above information changes.

Customer Signature                                         Date   June 15/2009.

Joint Customer Signature (If Applicable)                   Date

I hereby certify that all information has been provided to me by the customer:

Registered Representative                                   Date   6/18/09

Approval of Principal                                       Date   6/18/09

# SUITABILITY DETERMINATION

Based upon the foregoing information which I have provided, Alpine Securities Corporation has made the determination that transactions in designated securities are suitable for me and that I have sufficient knowledge and experience in financial matters to enable myself to evaluate the risks of transactions in designated securities. In this regard, I have informed Alpine Securities that I understand that there is risk in connection with investments in designated securities which could involve the loss of my entire investment with respect to any particular designated security. This suitability determination should therefore not be construed by me as an indication that Alpine Securities Corporation believes any particular investment by me in a designated security is a safe investment or an investment that will result in a gain to me and does not constitute a recommendation to purchase any security.

THE FOREGOING STATEMENT IS REQUIRED TO BE PROVIDED TO YOU BY RULE 15G-9 UNDER THE SECURITIES EXCHANGE ACT OF 1934. IN ADDITION, IT IS UNLAWFUL FOR ALPINE SECURITIES CORPORATION TO EFFECT A TRANSACTION IN A DESIGNATED SECURITY SUBJECT TO RULE 15G-9 UNLESS ALPINE SECURITIES CORPORATION HAS RECEIVED, PRIOR TO THE TRANSACTION, A WRITTEN AGREEMENT TO THE TRANSACTION FROM YOU.

YOU SHOULD NOT SIGN AND RETURN THIS STATEMENT TO ALPINE SECURITIES CORPORATION IF IT DOES NOT ACCURATELY REFLECT YOUR FINANCIAL SITUATION, INVESTMENT EXPERIENCE, AND INVESTMENT OBJECTIVES. YOU AGREE TO NOTIFY US IN WRITING IF ANY OF THE ABOVE INFORMATION CHANGES.

Do you understand that investments in designated securities involve a higher than normal degree of risk, including the possibility that you could lose your entire investment in any particular designated security?

Yes [ V ]          No [  ]

Date June 15/2009

Signature of Customer
Rita-Raine Investment Hldgs Co.Ltd.

Printed Name of Customer
John Kirk

Date June 15/2009

Signature of Joint Subscriber (if any)
John Kirk, President

Printed Name of Joint Subscriber (if any)

Account approved for transactions in designated securities:  ALPINE SECURITIES CORPORATION

By_____
Duly Authorized Officer

## Certification of Corporate Authorization (General)

(See Rules 198 and 199 of Rules of Board of Governors of New York Stock Exchange)

I, _~~John Kirk~~_ , being duly constituted Secretary of _Kita-Kaine Inv. Hldgs Co.ltd._ a corporation organized and existing under and by virtue of the Laws of the State of _British Columbia_ (hereinafter called this Corporation) do hereby certify that the following is a true and complete copy of resolutions duly adopted at a meeting of the Board of Directors of this Corporation, duly called and held on _6/15/09_ at which a quorum was present and voting: that said resolutions are still in full force and effect and have not been rescinded; and that said resolutions are not in conflict with the Charter or By-Laws of this Corporation:

RESOLVED: That any of the following officers, to wit: _Kita-Kaine Invest. Holdings_ of this Corporation be, and they hereby are, fully authorized and empowered to transfer, convert, endorse, sell, assign, set over and deliver any and all shares of stock, bonds, debentures, notes, subscription warrants, stock purchase warrants, evidences of indebtedness or other securities now or hereafter standing in the name of or owned by this Corporation, and to make, execute and deliver, under the corporate seal of this Corporation or otherwise, any and all written instruments of assignment and transfer necessary or proper to effectuate the authority hereby conferred.

FURTHER RESOLVED: That whenever there shall be annexed to any instrument of assignment and transfer, executed pursuant to and in accordance with the foregoing resolution, a certificate of the Secretary or an Assistant Secretary of this Corporation in office at the date of such certificate, and such certificate shall set forth these resolutions and shall state that these resolutions are in full force and effect, and shall also set forth the names of persons who are then officers of this Corporation, then all persons to whom such instrument with the annexed certificate shall thereafter come, shall be entitled, without further inquiry or investigation and regardless of the date of such certificate, to assume and to act in reliance upon the assumption that the shares of stock or other securities named in such instrument were theretofore duly and properly transferred, endorsed, sold, assigned, set over and delivered by this Corporation and that with respect to such securities and authority of these resolutions and of such officers is still in full force and effect.

I further certify that the following is a true and correct list of the present officers of this Corporation:

_~~John Kirk~~_ President        _~~John Kirk~~_ Secretary

_____ Vice Pres.    _____ Treasurer

The Company and its Board of Directors further irrevocably undertakes and agrees that Alpine Securities Corp. may rely on the actions authorized, authority granted and representations made in the foregoing resolutions until such time and the Corporation notifies Alpine Securities Corp. in writing that said resolutions have been modified, amended and/or revoked.

Date _June 15/09_

(Signature of Secretary)

(Seal)

NOSeal

Signature Guaranteed: