# EXHIBIT 49

# SCOTTSDALE CAPITAL ADVISORS

7170 E. McDonald Road, Suite 6
Scottsdale, AZ 85253
P (480)603-4900  F (480) 603-4901  Toll Free (866)404-9051
www.ScottsdaleCapital.com

## Account Statement - Period 1/1/2009 to 8/31/2010

KITA-KAINE INVESTMENT HOLDING CO.
C/O JOHN KIRK
1705 1050 BURRARD ST
VANCOUVER BC CANADA V6Z2S3

Account Name: KITA-KAINE INVESTMENT HOLDIN

Account Number: 4888

Account Executive: JOE PADILLA

### Portfolio Summary

| | Opening Balances | Closing Balances |
|---|---|---|
| Equities | $ -- | $ 120266.72 |
| Mutual Funds | $ -- | $ -- |
| Corporate Bonds | $ -- | $ -- |
| **Priced Portfolio Value** | $ -- | $ 120266.72 |
| **Cash** | $ -- | $ -- |
| **Dreyfus** | $ -- | $ -- |
| **Total Account Equity** | $ -- | $ 120266.72 |

### Income Summary

| | Year To Date |
|---|---|
| Taxable Interest | $ -- |
| Non-Tax Interest | $ -- |
| Credit Interest | $ -- |
| Non-Qual Div | $ -- |
| Dividends | $ -- |
| Money Mkt Div | $ 11.92 |

### Asset Allocation



- Equities (100%)
- Mutual Funds (0%)
- Corporate Bonds (0%)
- Cash (0%)
- Dreyfus (0%)

Clearing Through Alpine Securities
440 East 400 South • Salt Lake City, UT 84111
p (801) 355-5588 • f (801) 355-5742 • toll free (800) 274-5588 • alpine-securities.com
Member FINRA & SIPC

Page 1

## EXPLANATION OF YOUR ALPINE SECURITIES CORPORATION BROKERAGE STATEMENT

Alpine Securities Corporation ("Alpine or the "Broker/Dealer") requests that you promptly advise Alpine in writing of any material change in you financial situation and/or investment objectives. Also, promptly report any discrepancies between Alpine's records as provided in this account statement and your records to Alpine at (801) 355-5588. To further protect your rights under the Securities Investor Protection Act (SIPC), reconfirm your oral communication to Alpine in writing at 440 East 400 South, Salt Lake City, UT 84111.

As required under SEC rules, upon written request, the Broker/Dealer will provide to you, for orders placed during the six months prior to your request: a) the venue to which your orders for listed securities or NASDAQ stocks were routed for execution; b) whether or not you directed the Broker/Dealer to use that venue, and c) the time of the related transaction's execution(s).

Alpine is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC provides up to $500,000 of net equity protection, including $100,000 for claims for cash awaiting reinvestment ("SIPC coverage"). This coverage applies to accounts you hold in a separate account capacity (for instance as custodian, joint tenant, or sole owner). Investor information, including a brochure regarding SIPC may be obtained by contacting SIPC at (202) 371-8300 and from their web-site at www.sipc.org.

Alpine is a member of the Financial Industry Regulatory Authority (FINRA) and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on the FINRA Public Disclosure Program. You may contact FINRA at (800) 289-9999 or visit www.finra.org.

The net free credit balance, if any, is payable on demand in the normal course of business operations. These funds may be used in the operation of our business in accordance with 17C.F.R. 240, 15c3-2 under the Securities Exchange Act of 1934. Any securities held as collateral against any indebtedness to us will be delivered to you in the normal course of business operations upon full payment of such indebtedness. Free credit balances invested in money market funds, managed by The Dreyfus Corporation ("Dreyfus") are not under Alpine's control. Dreyfus money market funds are not FDIC or SIPC insured. Information regarding the Dreyfus money market funds, dividend rates and a prospectus may be obtained from the Dreyfus website at www.dreyfus.com. Alpine may receive a fee for services it performs with respect to the Dreyfus money market funds.

It is understood and agreed that all securities carried in this account may be loaned by us or pledged, hypothecated or rehypothecated by us, and may be sold or bought at public or private sales without notice, when such sale or purchase is deemed necessary by us for our protection. Securities carried in this account may be commingled with securities carried for the account of other clients.

On all securities which we have held or at any time may hold or carry for you in any account of yours (either individually or jointly with others), or which may be deposited with us for any purpose, including safekeeping, we may pledge as a general lien for the discharge of all your obligations to us, however arising and irrespective of the number of accounts you have with us. We may require you to deposit additional collateral in accordance with the rules and regulations of FINRA, the SEC, and any other regulatory agency to whose jurisdiction we are subject, and we may also, but shall have no obligation to, require you to deposit such additional collateral as we, in our sole discretion, determine is needed as security for your obligation to us.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

It is agreed that all transactions are subject, in addition to federal law and the rules and regulations of the regulatory agencies, to the rules and customs of the exchange, market or clearing house where effected and to the constitution, laws and regulations of the country and its political subdivisions wherein the transactions are executed.

The pie chart located on the statement is an estimate for illustrative purposes only.

Alpine's consolidated statement of financial condition for the previous six months ended March 31, and for the year ended September 30, is available without charge at www.alpine-securities.com or you may also receive a copy by calling Alpine at (801) 355-5588. Alpine's most recently filed audited consolidated statement of financial condition is available at Alpine's office located at 440 East 400 South, Salt Lake City, Utah and at the Denver Regional Office of the Securities and Exchange Commission.

Any account transferred to another brokerage will be charged $100.00 to cover our costs.

Prices shown on your statement represent estimated values that may be based on a limited number of trades or quotations and may not be current as of the statement date. You may not be able to sell this security at a price equal or near the estimated value and the actual amount you receive will be reduced by any commissions or similar charges. The Broker/Dealer will not refuse to accept your order to sell a security at the estimated value. If an estimated value is not shown, the value could not be determined based on available information.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT.

### IMPORTANT NOTICE REGARDING GOOD 'TIL CANCELLED ORDERS

Should you desire to make any change, or if the list of open orders is incorrect, please advise us immediately. The responsibility for failure to cancel any open order, even though a substitute order has been entered, rest upon the customer. Transactions resulting from execution of any such order which you have failed to cancel will be entered in your account. Good 'Till Canceled buy orders and sell orders which specify stop or stop limit are reduced for cash dividends. All orders are reduced proportionately in the event of a stock dividend or stock split.

**\*\*WE MUST BE ADVISED IMMEDIATELY OF ANY ERRORS OR OMISSIONS\*\***

**Account Statement - Period 1/1/2009 to 8/31/2010**

Account Number: ▮4888

Account Name: KITA-KAINE INVESTMENT HOLDING CO.

Account Executive: JOE PADILLA

## Daily Account Activity - Cash Account

Beginning Balance: 0.00

| Settlement Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 7/28/2009 | -- | RECEIVED | 500000.00 | TRADESHOW MARKETING CO LTD | -- | -- | -- | 0.00 |
| 7/28/2009 | -- | JOURNAL | -- | STOCK REC FEE 49674888 | -- | 75.00 | -- | -75.00 |
| 8/10/2009 | 8/5/2009 | SOLD | 45000.00 | TRADESHOW MARKETING CO LTD | 0.1287 | -- | 5529.80 | 5454.80 |
| 8/10/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 5454.80 | -- | 0.00 |
| 8/12/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 12475.29 | -- | -12475.29 |
| 8/12/2009 | 8/7/2009 | SOLD | 102000.00 | TRADESHOW MARKETING CO LTD | 0.1277 | -- | 12475.29 | 0.00 |
| 8/13/2009 | 8/10/2009 | SOLD | 5000.00 | TRADESHOW MARKETING CO LTD | 0.1080 | -- | 488.39 | 488.39 |
| 8/13/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 488.39 | -- | 0.00 |
| 8/14/2009 | 8/11/2009 | SOLD | 25300.00 | TRADESHOW MARKETING CO LTD | 0.1136 | -- | 2729.10 | 2729.10 |
| 8/14/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 2729.10 | -- | 0.00 |
| 8/19/2009 | -- | JOURNAL | -- | WIRE FEE | -- | 50.00 | -- | -50.00 |
| 8/19/2009 | -- | JOURNAL | -- | WIRE | -- | 23924.48 | -- | -23974.48 |
| 8/19/2009 | -- | JOURNAL | -- | SCA WIRE FEE 49674888 | -- | 25.00 | -- | -23999.48 |
| 8/19/2009 | -- | JOURNAL | -- | EP FEE | -- | 28.80 | -- | -24028.28 |
| 8/20/2009 | 8/17/2009 | SOLD | 25000.00 | TRADESHOW MARKETING CO LTD | 0.1213 | -- | 2880.70 | -21147.58 |
| 8/20/2009 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 21147.68 | 0.10 |
| 8/20/2009 | -- | JOURNAL | -- | FW CA @ 30.000% DIV | -- | 0.04 | -- | 0.06 |
| 8/20/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | -- | 0.04 | 0.10 |
| 8/27/2009 | 8/24/2009 | SOLD | 50000.00 | TRADESHOW MARKETING CO LTD | 0.1584 | -- | 7537.15 | 7537.25 |
| 8/27/2009 | 8/24/2009 | SOLD | 100000.00 | TRADESHOW MARKETING CO LTD | 0.1487 | -- | 14174.39 | 21711.64 |
| 8/28/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 21711.64 | -- | 0.00 |
| 8/31/2009 | -- | INTEREST | -- | FOREIGN SUSP @ 0.000% | -- | -- | 0.02 | 0.02 |
| 8/31/2009 | 8/26/2009 | SOLD | 5500.00 | TRADESHOW MARKETING CO LTD | 0.1950 | -- | 994.23 | 994.25 |
| 9/1/2009 | 8/27/2009 | SOLD | 30000.00 | TRADESHOW MARKETING CO LTD | 0.2376 | -- | 6812.84 | 7807.09 |
| 9/1/2009 | 8/27/2009 | SOLD | 30000.00 | TRADESHOW MARKETING CO LTD | 0.2574 | -- | 7344.46 | 15151.55 |
| 9/1/2009 | 8/27/2009 | SOLD | 35500.00 | TRADESHOW MARKETING CO LTD | 0.2772 | -- | 9416.92 | 24568.47 |
| 9/1/2009 | 8/27/2009 | SOLD | 44500.00 | TRADESHOW MARKETING CO LTD | 0.2079 | -- | 8805.18 | 33373.65 |
| 9/1/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 994.23 | -- | 32379.42 |
| 9/1/2009 | -- | JOURNAL | -- | FW CA @ 30.000% DIV | -- | 0.02 | -- | 32379.40 |
| 9/2/2009 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 32379.40 | -- | 0.00 |
| 9/15/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | -- | 0.19 | 0.19 |
| 9/15/2009 | -- | JOURNAL | -- | WIRE FEE | -- | 50.00 | -- | -49.81 |
| 9/15/2009 | -- | JOURNAL | -- | SCA WIRE FEE 49674888 | -- | 25.00 | -- | -74.81 |
| 9/15/2009 | -- | JOURNAL | -- | WIRE | -- | 55010.77 | -- | -55085.58 |
| 9/15/2009 | -- | JOURNAL | -- | ADJUSTING WIRE AMOUNT | -- | -- | 30010.77 | -25074.81 |
| 9/16/2009 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 25075.00 | 0.19 |
| 9/16/2009 | -- | JOURNAL | -- | FW CA @ 30.000% DIV | -- | 0.19 | -- | 0.00 |
| 9/17/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | -- | 0.02 | 0.02 |

Account Statement - Period 1/1/2009 to 8/31/2010                                   Account Number: ████4888

Account Name: KITA-KAINE INVESTMENT HOLDING CO.                                    Account Executive: JOE PADILLA

## Daily Account Activity - Cash Account (continued)

| Settlement Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 9/17/2009 | -- | JOURNAL | -- | WIRE FEE | -- | 50.00 | -- | -49.98 |
| 9/17/2009 | -- | JOURNAL | -- | SCA WIRE FEE 49674888 | -- | 25.00 | -- | -74.98 |
| 9/17/2009 | -- | JOURNAL | -- | WIRE | -- | 29935.82 | -- | -30010.80 |
| 9/18/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | -- | 0.01 | -30010.79 |
| 9/18/2009 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 30010.83 | 0.04 |
| 9/18/2009 | -- | JOURNAL | -- | FW CA @ 30.000% DIV | -- | 0.02 | -- | 0.02 |
| 9/18/2009 | -- | JOURNAL | -- | FW CA @ 30.000% DIV | -- | 0.01 | -- | 0.01 |
| 12/7/2009 | -- | RECEIVED | 500000.00 | TRADESHOW MARKETING CO LTD | -- | -- | -- | 0.01 |
| 12/7/2009 | -- | JOURNAL | -- | STOCK REC FEE 49674888 TSHO | -- | 75.00 | -- | -74.99 |
| 2/16/2010 | 2/10/2010 | SOLD | 59000.00 | TRADESHOW MARKETING CO LTD | 1.4400 | -- | 81106.32 | 81031.33 |
| 2/17/2010 | 2/11/2010 | SOLD | 40000.00 | TRADESHOW MARKETING CO LTD | 1.5470 | -- | 59065.05 | 140096.38 |
| 2/17/2010 | 2/11/2010 | SOLD | 24000.00 | TRADESHOW MARKETING CO LTD | 1.5662 | -- | 35867.09 | 175963.47 |
| 2/17/2010 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 81031.33 | -- | 94932.14 |
| 2/18/2010 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 94932.14 | -- | 0.00 |
| 2/19/2010 | 2/16/2010 | SOLD | 7500.00 | TRADESHOW MARKETING CO LTD | 1.5300 | -- | 10928.56 | 10928.56 |
| 2/22/2010 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 10928.56 | -- | 0.00 |
| 2/25/2010 | 2/22/2010 | SOLD | 12000.00 | TRADESHOW MARKETING CO LTD | 1.2900 | -- | 14753.31 | 14753.31 |
| 2/26/2010 | 2/23/2010 | SOLD | 14000.00 | TRADESHOW MARKETING CO LTD | 1.2000 | -- | 16013.90 | 30767.21 |
| 2/26/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | -- | 1.25 | 30768.46 |
| 2/26/2010 | -- | JOURNAL | -- | FW CA @ 28.000% DIV | -- | 1.25 | -- | 30767.21 |
| 2/26/2010 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 14753.31 | -- | 16013.90 |
| 3/1/2010 | -- | SWEEP | -- | SWEPT TO DREYFUS GENERAL MNY M | -- | 16013.90 | -- | 0.00 |
| 3/2/2010 | 2/25/2010 | BOUGHT | 24000.00 | TRADESHOW MARKETING CO LTD | 0.8500 | 21348.00 | -- | -21348.00 |
| 3/2/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 21348.00 | 0.00 |
| 3/3/2010 | 2/26/2010 | BOUGHT | 13000.00 | TRADESHOW MARKETING CO LTD | 0.8500 | 11577.25 | -- | -11577.25 |
| 3/3/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 11577.25 | 0.00 |
| 3/9/2010 | 3/4/2010 | BOUGHT | 32419.00 | TRADESHOW MARKETING CO LTD | 0.8500 | 28826.17 | -- | -28826.17 |
| 3/9/2010 | 3/4/2010 | BOUGHT | 72581.00 | TRADESHOW MARKETING CO LTD | 0.8500 | 64500.07 | -- | -93326.24 |
| 3/9/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 93326.24 | 0.00 |
| 3/10/2010 | -- | RECEIVED | 263967.00 | TRADESHOW MARKETING CO LTD | -- | -- | -- | 0.00 |
| 3/10/2010 | -- | JOURNAL | -- | STOCK REC FEE | -- | 75.00 | -- | -75.00 |
| 3/11/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 75.00 | 0.00 |
| 3/16/2010 | -- | JOURNAL | -- | SCA CHARGES FOR 8210 FEES | -- | 150.00 | -- | -150.00 |
| 3/17/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 150.00 | 0.00 |
| 3/31/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | -- | 0.83 | 0.83 |
| 3/31/2010 | -- | JOURNAL | -- | FW CA @ 28.000% DIV | -- | 0.83 | -- | 0.00 |
| 4/8/2010 | -- | JOURNAL | -- | STOCK REC FEE 49674888 | -- | 75.00 | -- | -75.00 |
| 4/9/2010 | -- | SWEEP | -- | SWEPT FR DREYFUS GENERAL MNY M | -- | -- | 75.00 | 0.00 |
| 4/30/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | -- | 0.60 | 0.60 |

**Account Statement - Period 1/1/2009 to 8/31/2010**  
Account Number: ▓▓▓▓4888

Account Name: KITA-KAINE INVESTMENT HOLDING CO.  
Account Executive: JOE PADILLA

## Daily Account Activity - Cash Account (continued)

| Settlement Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/30/2010 | -- | JOURNAL | -- | FW CA @ 28.000% DIV | -- | 0.60 | -- | 0.00 |
| 5/28/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | -- | 0.62 | 0.62 |
| 5/28/2010 | -- | JOURNAL | -- | FW CA @ 28.000% DIV | -- | 0.62 | -- | 0.00 |
| 6/3/2010 | -- | JOURNAL | -- | FOREIGN SUSP @ 28.000% | -- | -- | 0.04 | 0.04 |
| 6/3/2010 | -- | JOURNAL | -- | SWEEP FUNDS OUT OF DREYFUS | -- | -- | 91116.33 | 91116.37 |
| 6/3/2010 | -- | JOURNAL | -- | WIRE FEE | -- | 50.00 | -- | 91066.37 |
| 6/3/2010 | -- | JOURNAL | -- | SCA WIRE FEE 49674888 | -- | 25.00 | -- | 91041.37 |
| 6/3/2010 | -- | JOURNAL | -- | WIRE | -- | 91041.33 | -- | 0.04 |
| 6/3/2010 | -- | JOURNAL | -- | FW CA @ 28.000% DIV | -- | 0.04 | -- | 0.00 |

## Daily Account Activity - Dreyfus General Money Market Fund

Beginning Balance: 0.00

| Settlement Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 8/10/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 5454.80 | 5454.80 |
| 8/12/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 12475.29 | 17930.09 |
| 8/13/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 488.39 | 18418.48 |
| 8/14/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 2729.10 | 21147.58 |
| 8/20/2009 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.14 | 21147.72 |
| 8/20/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | 0.04 | -- | 21147.68 |
| 8/20/2009 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 21147.68 | -- | 0.00 |
| 8/28/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 21711.64 | 21711.64 |
| 8/31/2009 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.07 | 21711.71 |
| 8/31/2009 | -- | INTEREST | -- | FOREIGN SUSP @ 0.000% | -- | 0.02 | -- | 21711.69 |
| 9/1/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 994.23 | 22705.92 |
| 9/2/2009 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 32379.40 | 55085.32 |
| 9/15/2009 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.64 | 55085.96 |
| 9/15/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | 0.19 | -- | 55085.77 |
| 9/16/2009 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 25075.00 | -- | 30010.77 |
| 9/17/2009 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.07 | 30010.84 |
| 9/17/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | 0.02 | -- | 30010.82 |
| 9/18/2009 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.02 | 30010.84 |
| 9/18/2009 | -- | JOURNAL | -- | FOREIGN SUSP @ 30.000% | -- | 0.01 | -- | 30010.83 |
| 9/18/2009 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 30010.83 | -- | 0.00 |
| 2/17/2010 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 81031.33 | 81031.33 |
| 2/18/2010 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 94932.14 | 175963.47 |
| 2/22/2010 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 10928.56 | 186892.03 |
| 2/26/2010 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 4.45 | 186896.48 |


Case 1:13-cv-01735-GBD-JCF   Document 281-55   Filed 08/11/16   Page 7 of 7

**Account Statement - Period 1/1/2009 to 8/31/2010**  Account Number: ■4888

Account Name: KITA-KAINE INVESTMENT HOLDING CO.  Account Executive: JOE PADILLA

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settlement Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 2/26/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | 1.25 | -- | 186895.23 |
| 2/26/2010 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 14753.31 | 201648.54 |
| 3/1/2010 | -- | SWEEP | -- | PURCHASE FR(1) CASH ACCT | -- | -- | 16013.90 | 217662.44 |
| 3/2/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 21348.00 | -- | 196314.44 |
| 3/3/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 11577.25 | -- | 184737.19 |
| 3/9/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 93326.24 | -- | 91410.95 |
| 3/11/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 75.00 | -- | 91335.95 |
| 3/17/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 150.00 | -- | 91185.95 |
| 3/31/2010 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 2.95 | 91188.90 |
| 3/31/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | 0.83 | -- | 91188.07 |
| 4/9/2010 | -- | SWEEP | -- | DREYFUS GENERAL MNY MKT FUND | -- | 75.00 | -- | 91113.07 |
| 4/30/2010 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 2.15 | 91115.22 |
| 4/30/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | 0.60 | -- | 91114.62 |
| 5/28/2010 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 2.23 | 91116.85 |
| 5/28/2010 | -- | INTEREST | -- | FOREIGN SUSP @ 28.000% | -- | 0.62 | -- | 91116.23 |
| 6/3/2010 | -- | DIVIDEND | -- | DREYFUS GENERAL MNY MKT FUND | -- | -- | 0.14 | 91116.37 |
| 6/3/2010 | -- | JOURNAL | -- | FOREIGN SUSP @ 28.000% | -- | 0.04 | -- | 91116.33 |
| 6/3/2010 | -- | JOURNAL | -- | SWEEP FUNDS OUT OF DREYFUS | -- | 91116.33 | -- | 0.00 |

## Portfolio Positions

| Security Description | Symbol | Quantity | Current Share Price | Current Mkt. Value | Percent of Port. | Est. Div. Yield | Est. Annual Income |
|---|---|---|---|---|---|---|---|
| TRADESHOW MARKETING CO LTD | TSHO | 751667.00 | 0.1600 | 120266.72 | 1.00 | -- | -- |