JUN-22-2009 19:22  FROM:BTK CONSULTING      6046051577         TO:17604481801         P.1

**TERRANCE BOYLE**

BILL DATE : 21-May-09
PAGE 1 of 3

CLIENT N° : ███6432

## TELUS

The Future Friendly Promises program will come to an end effective July 15, 2009. Visit telusmobility.com/updates for more details.

### MOBILITY BILL SUMMARY
### CURRENT CHARGES

Contract Term : 3 yr

| | |
|---|---:|
| Favourite Numbers 40 | $ 40.00 |
| Additional Local Airtime | $ 9.80 |
| Value Added Services | $ 30.00 |
| Other Charges and Credits | $ 5.09 |
| Network and Access | $ 7.70 |
| Taxes | |
| GST | 4.38 |
| Total Taxes | $ 4.38 |
| **Total Current Charges** | **$ 96.97** |

### YOUR LAST BILL

| | |
|---|---:|
| Amount of Last Bill 21-Apr-09 | $ 254.46 |
| Payments | $ 0.00 |
| Payment Reversals | $ 0.00 |
| Total Previous Charges Brought Forward | $ 254.46 |

Payment received after 18-May-09 may not be reflected on this invoice.

For inquiries please call Client Care by Dialing *611 from your handset or see reverse for local and toll-free numbers.

**Total Amount Due     $ 351.43**

Your account is now in excess of 27 days past due. Previous charges brought forward are due immediately. Late Payment Charges of 2% (26.82% per annum) will be applied monthly on overdue balances.

PTLPS01B 21085 HRI - - 3 - 1 - 10 - - 133025

## TELUS

Payable online or through most financial institutions

| Mobility Client Number | Bill Date | Total Amount if received by 16-Jun-09 |
|---|---|---|
| ███6432 | 21-May-09 | $ 351.43 |

Overdue balance due immediately

PTLPS01B E S   21085
000000272     T118(C)
TERRANCE BOYLE
ATTN: DYLAN BOYLE
195 ST MORITZ TERR SW
CALGARY AB
T3H 5X9

**Amount of Payment**

Please make cheques payable to TELUS
Please do not staple

02001135164320000000351430000000254465

⑈00555⑈900⑈                               96



exp: Aug 9-2012

JUN-23-2009 19:11  FROM:BTK CONSULTING      6046051577           TO:17604481801        P.1

| Form **W-8BEN** (Rev. February 2006) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** ▶ Section references are to the Internal Revenue Code.  ▶ See separate Instructions. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |

Do not use this form for:  Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see Instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . W-8ECI or W-8EXP

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

Note: *See Instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

1. Name of individual or organization that is the beneficial owner: **DYLAN BOYLE**
2. Country of incorporation or organization:
3. Type of beneficial owner:  ☒ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
   ☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
   ☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation
4. Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
   **195 ST MORITZ TERRACE SW**
   City or town, state or province. Include postal code where appropriate.  **CALGARY AB T3H 5X9**   Country (do not abbreviate) **CANADA**
5. Mailing address (if different from above):

   City or town, state or province. Include postal code where appropriate.   Country (do not abbreviate)

6. U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN
7. Foreign tax identifying number, if any (optional)
8. Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

9. I certify that (check all that apply):
   a ☐ The beneficial owner is a resident of ............ within the meaning of the income tax treaty between the United States and that country.
   b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see Instructions).
   c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
   d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
   e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10. Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ............
    Explain the reasons the beneficial owner meets the terms of the treaty article: ............

### Part III   Notional Principal Contracts

11. ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY) **6/23/09**   Capacity in which acting

For Paperwork Reduction Act Notice, see separate Instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

Printed on Recycled Paper

FINRA - Rules and Regulations - OFAC Search Tool     Page 1 of 1

FINRA Logo.

## OFAC Search Tool



- Each line should contain a separate name or phrase to search for in the OFAC Sanctions Program Listings.
- Your search will include all of the checked OFAC Listings.
- You may search for a maximum of 500 names or phrases at a time as shown in the example below:

  **John Andrew Doe**
  **Smith, George Q.**
  **Airways Charters, Inc.**

How to use this tool.

### Search Results

View the records below with your search term or terms highlighted. Using the highlighted list will allow you to quickly verify whether an entity or individual appears on the OFAC Sanctions Program Listings. **If you find a match or are in doubt about a specific account or transaction or you need additional information, contact OFAC's Compliance Hotline at 800-540-6322.**

**dylan boyle - 0 hit(s)**                                             click to expand

Page: 1

Data Updated: 06/24/2009 04:00:12

http://apps.finra.org/rulesregulation/ofac/1/Default.aspx     6/24/2009

JUN-23-2009 19:11   FROM:BTK CONSULTING   6046051577   TO:17604481801   P.1

# Form W-8BEN
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.  ▶ See separate Instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**  Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . W-8ECI or W-8EXP

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

Note: *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

1. Name of individual or organization that is the beneficial owner: **DYLAN BOYLE**
2. Country of incorporation or organization:
3. Type of beneficial owner: ☒ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
   ☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
   ☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation
4. Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
   **195 ST MORITZ TERRACE SW**
   City or town, state or province. Include postal code where appropriate. **CALGARY AB T3H 5X9**   Country (do not abbreviate) **CANADA**
5. Mailing address (if different from above)
   City or town, state or province. Include postal code where appropriate.   Country (do not abbreviate)
6. U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN
7. Foreign tax identifying number, if any (optional)
8. Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

9. I certify that (check all that apply):
   a. ☒ The beneficial owner is a resident of **Canada** within the meaning of the income tax treaty between the United States and that country.
   b. ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
   c. ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
   d. ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
   e. ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10. Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____
    Explain the reasons the beneficial owner meets the terms of the treaty article: _____

### Part III   Notional Principal Contracts

11. ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1. I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2. The beneficial owner is not a U.S. person,
3. The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4. For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ [Signature]   Date (MM-DD-YYYY) **6/23/09**   Capacity in which acting
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)
Printed on Recycled Paper

## CANADIAN ACCREDITED INVESTOR CERTIFICATE
(BRITISH COLUMBIA, ALBERTA, SASKATCHEWAN, MANITOBA, ONTARIO, QUÉBEC, NEW BRUNSWICK, PRINCE EDWARD ISLAND, NOVA SCOTIA, NEWFOUNDLAND AND LABRADOR, NORTHWEST TERRITORIES, YUKON TERRITORY AND NUNAVUT)

In connection with the establishment of a securities account (the "Securities Account") with Alpine Securities Corporation ("Alpine"), the undersigned account holder (the "Account Holder") hereby represents, warrants, certifies and acknowledges, as applicable, to Alpine and its authorized agents, employees and representatives as follows:

(i) The Account Holder is resident in or is subject to the laws of (check one):

[✓] British Columbia  [X] Alberta  [ ] Saskatchewan
[ ] Manitoba  [ ] Ontario  [ ] Québec
[ ] New Brunswick  [ ] Prince Edward Island  [ ] Nova Scotia
[ ] Newfoundland and Labrador  [ ] Northwest Territories  [ ] Yukon Territory
[ ] Nunavut

(ii) The Account Holder, or any ultimate investor for which the Account Holder is acting as agent, is an "accredited investor" as defined in section 1.1 of National Instrument 45-106 *Prospectus and Registration Exemptions* ("NI 45-106"), by virtue of satisfying the indicated criteria in Schedule "A" to this Canadian Accredited Investor Certificate (the "Certificate");

(iii) The Account Holder is establishing the Securities Account as principal and not as the agent of another investor resident in Canada, unless otherwise permitted under NI 45-106 and applicable Canadian securities laws;

(iv) The funds being use to fund the Securities Account or to otherwise purchase or sell securities through the Securities Account are not, to the Account Holder's knowledge, proceeds obtained or derived, directly or indirectly, as a result of illegal activities and do not represent proceeds of crime for the purpose of the *Proceeds of Crime (Money Laundering) Act* (Canada) (the "PCMLA");

(v) The Account Holder is not a person or entity identified in the *Regulations Implementing the United Nations Resolutions on the Suppression of Terrorism* (the "RIUNRST"), the *United Nations Al-Qaida and Taliban Regulations* (the "UNAQTR"), the *Regulations Implementing the United Nations Resolution on the Democratic People's Republic of Korea* (the "UNRDPRK"), the *Regulations Implementing the United Nations Resolution on Iran* (the "RIUNRI"), the *United Nations Côte d'Ivoire Regulations* (the "Côte d'Ivoire Regulations"), the *United Nations Democratic Republic of the Congo Regulations* (the "Congo Regulations"), the *United Nations Liberia Regulations* (the "Liberia Regulations"), the *United Nations Sudan Regulations* (the "Sudan Regulations"), the *Special Economic Measures (Burma) Regulations* (the "Burma Regulations") or the *Special Economic Measures (Zimbabwe) Regulations* (the "Zimbabwe Regulations");

(vi) Alpine may in the future be required by law to disclose the Account Holder's name and other information relating to the Securities Account, on a confidential basis, pursuant to the PCMLA, *Criminal Code* (Canada), RIUNRST, UNAQTR, UNRDPRK, RIUNRI, the Côte d'Ivoire Regulations, the Congo Regulations, the Liberia Regulations, the Sudan Regulations, the Burma Regulations and the Zimbabwe Regulations;

(vii) To the best of the Account Holder's knowledge, none of the funds being use to fund the Securities Account or to otherwise purchase or sell securities through the Securities Account are being tendered on behalf of a person or entity who has not been identified to the Account Holder; and

- 2 -

(viii) The Account Holder shall promptly notify Alpine if the Account Holder discovers that any such representations cease to be true, and shall provide Alpine with appropriate information in connection therewith.

The Account Holder acknowledges that the purchase and sale of securities through the Securities Account is required to be made in accordance with applicable Canadian securities laws, which may require resales to be made in accordance with Canadian prospectus and registration requirements or otherwise in reliance on exemptions from the prospectus and registration requirements, which may under certain circumstances apply to resales of the securities outside of Canada.

The Account Holder acknowledges that Alpine may be required to provide certain of the provincial and territorial securities regulators with the Account Holder's name, address, telephone number and other specific information, including the number of securities purchased and the aggregate purchase price to the Account Holder, where the Account Holder purchases securities during the course of a distribution made in reliance on certain exemptions from the prospectus requirements under applicable Canadian securities laws, and that such information may become available to the public in accordance with the requirements of the securities laws in the Account Holder's province or territory of residence.

The Account Holder acknowledges that, except where otherwise expressly provided, the representations, warranties, certifications and acknowledgements set forth in the preceding paragraphs are in addition to, and without derogation from, any other representations, warranties, certifications and acknowledgments set forth in the relevant account documentation provided by Alpine in connection with the Account Holder's establishment of the Securities Account.

The Account Holder acknowledges that Alpine and its agents, employees and representatives, including their respective members, directors, officers, partners, and legal counsel, as the case may be, will rely on the truth and accuracy of the foregoing representations, warranties, certifications and acknowledgements to determine the Account Holder's suitability to establish and maintain the Securities Account under applicable Canadian securities laws, and that the decision to approve the establishment the Securities Account will be made by Alpine at its exclusive discretion.

The Account Holder acknowledges that the representations, covenants, certifications and acknowledgements contained herein shall survive the establishment of the Securities Account.

The Account Holder hereby certifies that it has expressly requested that all documents evidencing or relating in any way to the Securities Account (including for greater certainty any purchase confirmation or any notice) be drawn up in the English language only. *Par les présentes, le titulaire de compte atteste qu'il a été expressément demandé que tous les documents attestant le compte de titres ou s'y rapportant de quelque façon que ce soit (notamment les confirmations d'achat ou les avis) soient rédigés en anglais seulement.*

CERTIFIED this 24th day of June, 2009.

_Dylan Boyle_
Name of Account Holder

[The remainder of this page is intentionally blank]