UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
SECURITIES AND EXCHANGE COMMISSION,                                  :   No. 13-CV-01735 (GBD) (JCF)
                                                                     :
                              Plaintiff,                             :   ECF CASE
                                                                     :
        -against-                                                    :
                                                                     :
CARRILLO HUETTEL LLP, et al.,                                        :
                                                                     :
                              Defendants.                            :
-------------------------------------------------------------------- X

# DECLARATION OF DORIS D. SHORT
# IN SUPPORT OF DEFENDANTS CARRILLO AND HUETTEL'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Doris D. Short, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am Senior Counsel to the law offices of Peckar & Abramson, P.C., counsel to defendant Luis J. Carrillo, and a member of the bar of this Court.

2. Attached as Exhibit A is a true and correct copy of an opinion letter, dated November 23, 2009, which was issued by Carrillo Huettel LLP to Scottsdale Capital Advisors.

3. Annexed as Exhibit B is a true and correct copy of an opinion letter, dated March 2, 2010, which was issued by Carrillo Huettel LLP to the Depository Trust Company.

4. Annexed as Exhibit C is a true and correct copy of an opinion letter, dated April 21, 2010, which was issued by Carrillo Huettel LLP to Scottsdale Capital Advisors.

Dated: October 14, 2016
       New York, NY


                                                    By:_____/s/_____
                                                           Doris D. Short