# Exhibit B

# Placeholder for Medical Information